Title Management System   Stosic, Mary   Help

**Huntington National Bank (HUNTNATBK)**

**EXHIBIT B**

Perfected

Account Name Discrepancy   Has Work Items

| Account | | | | Actions |
|---|---|---|---|---|

VIN/HIN: **1FTFW1RG8NFB44253**   Status: **Perfected (PT)**   Titling State: **TX**   Year: **2022**   **LOAN**
Account: Loan   LoanSuffix: **229**   Branch:   Make: **FORD**   Model: **F-150**

### Overview

Primary customer: **CHARLES L FRIDGE III**
Secondary customer:
Home phone:
Address: **1039 KIRBY DR**
**HOUSTON, TX 770191403**
Alert when perfected: ☐ Client  ☐ CMS
User Defined 1:
User Defined 2:
User Defined 3:
Lienholder Status Code:
Business Unit:
Dealer ID/Name:

Recovery type:
Recovery Status date:
Amount Financed:
Financed date: **08/08/2024**
Booked date:
Expected payoff date:
Payoff date:
Perfected date: **9/14/2024**
Closed date:
Loan Balance
State: **TX**
Account subtype: Loan (F)
Expected Contract Type:

### Customers

| | Order | Order | Name | Type | Home Phone | Business Phone | Address |
|---|---|---|---|---|---|---|---|
| Edit | 1 | ▼ | CHARLES L FRIDGE III | UNKNOWN | | | 1039 KIRBY DR  HOUSTONTX770191403 |

### Property

| VIN/HIN | Make | Model | Year | Odometer | Damaged? | Damaged Date | Insurance Total Loss? | Insurance Total Loss Date | Account Collateral Type |
|---|---|---|---|---|---|---|---|---|---|
| 1FTFW1RG8NFB44253 | FORD | F-150 | 2022 | | ☐ | | ☐ | | VEH |

### Dealer Info

ID:
Name:
Address:
Phone:
Fax:
EMail:

Type:
Status:
Dealership:
Contact Name:
Contact Phone:
Note:

### Lien Filing

**Release**

**Duplicate Title**

Request Date:  Action Date:
Status:  Last Worked By:
State:  Required State Forms:
Reason:  Requesting Dept:
Operations Code:  Billable: ☐

**Follow Up**

Client Activities

**Direct Lending Services**

**Documents**

Documents do not exist for this account

**Obsolete Docs**

| Title | Actions |
|---|---|

VIN/HIN: **1FTFW1RG8NFB44253**  State: **TX**  Title Number: **14620145539250027**  **Title-Electronic**
Year: **2022**  Make/Builder: **FORD**  Model: **F15**  License Plate:  **Perfecting**

**Overview**

Owner(s): **CHARLES LITTLET FRIDGE III III**  Closed Date:
Lienholder: **HUNTINGTON NATIONAL BANK**  Closed Reason:
Match Type: **AUTOMATIC**  Document Location:
Match Date: **9/14/2024**
Issuance Date: **9/14/2024**
Imported Date: **9/14/2024**

**Owners**

**Property**

**Liens**

| Name | Address | Lienholder ID | Lien Date |
|---|---|---|---|
| HUNTINGTON NATIONAL BANK | 5555 CLEVELAND AVE COLUMBUS, OH 43231 | 31096678500 | 8/8/2024 |

**Title Maint**

**Notes** (Date/Time stamps in this section reflect Pacific Time) | Add Note

**Notes**

◉ Show All  ○ Show User Notes Only  ○ Show Activity History Only

| Date | User | Context | Activity | Note |
|---|---|---|---|---|
| 09/14/2024 04:44 PM | System | State Import | Identify Discrepancy | Name Discrepancy work item added. |
| 09/14/2024 04:44 PM | System | Client Export | Send Upload File | Sent upload file to Lender. |
| 09/14/2024 | System | State Import | Create Title | Received electronic document from State |

Title Management System   Version 24.11.0   © 2024 Dealertrack, Inc. All rights reserved

| Date | User | Context | Activity | Note |
|---|---|---|---|---|
| 09/14/2024 04:44 PM | System | State Import | Perfect Account w/ Discrepancies | Account and Document were automatically matched and have discrepancies. |
| 08/12/2024 11:12 PM | System | Client Import | Create Account | Account created via a Client Import file. |

**Work Items**

**Discrepancies**
(Requires "RESOLVE_DISCREPANCY_WORK_ITEMS" privilege.)

| | Discrepancy Type |
|---|---|
| | Name Discrepancy |