UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

CHARLES L FRIDGE III                                    CASE NO. 24-35056

DEBTOR                                                  CHAPTER 11

**NOTICE OF FILING OF RULE 2015.3 REPORTS OF FINANCIAL INFORMATION
ON ENTITIES IN WHICH A CHAPTER 11 ESTATE HOLDS A CONTROLLING OR
SUBSTANTIAL INTEREST**

Please take notice that the Debtor is filing herewith the attached Reports of Financial

Information on Entities in Which a Chapter 11 Estate Holds a Controlling or Substantial Interest.

Respectfully submitted,

*/s/ Richard L. Fuqua*
Richard L. Fuqua
FUQUA & ASSOCIATES, PC
Texas Bar No. 07552300
8558 Katy Freeway, Suite 119
Houston, TX 77024
(713) 960-0277 Telephone
(713) 960-1064 Facsimile
RLFuqua@FuquaLegal.com

*/s/ Richard L. Fuqua*
Richard L. Fuqua

FUQUA & ASSOCIATES, PC
Texas Bar No. 07552300
8558 Katy Freeway, Suite 119
Houston, TX 77024
(713) 960-0277 Telephone
(713) 960-1064 Facsimile
RLFuqua@FuquaLegal.com

## **CERTIFICATE OF SERVICE**

I certify that this pleading was served electronically through the Court's electronic noticing system.

*/s/ Richard L. Fuqua*
Richard L. Fuqua

**Fill in this information to identify the case:**

Debtor Name  Charles Litttleton Fridge III

United States Bankruptcy Court for the: _____ Southern ____ District of ____Texas_

Case number:  24-35056

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  October 30-31, 2024

Date report filed:  12/05/2024
MM / DD / YYYY

Line of business:  Charles L Fridge III, P.C.

NAISC code:  n/a

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Charles Littleton Fridge III

Original signature of responsible party  /s/ Charles Littleton Fridge III

Printed name of responsible party  Charles Littleton Fridge III

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Charles Litttleton Fridge III                    Case number  24-35056

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____ 0.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ _____ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ _____ 0.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____ 0.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ _____ 0.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ _____ 0.00

Debtor Name  Charles Litttleton Fridge III          Case number 24-35056

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                              $ _____ 0.00

     *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                          _____ 0
27. What is the number of employees as of the date of this monthly report?            _____ 0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00
30. How much have you paid this month in other professional fees?                                    $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?                   $ _____ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | — | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 0.00 | — | $ 0.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ 0.00 | — | $ 0.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                           $ _____ 0.00
36. Total projected cash disbursements for the next month:                    - $ _____ 0.00
37. Total projected net cash flow for the next month:                         = $ _____ 0.00

Debtor Name  Charles Litttleton Fridge III

Case number  24-35056

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**Fill in this information to identify the case:**

Debtor Name __Charles Littleton Fridge III__

United States Bankruptcy Court for the: _____Southern___ District of _____Texas_

Case number: __24-35056_____

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: ___October 30-31 2024___          Date report filed: __12/06/2024__
                                                              MM / DD / YYYY

Line of business: __Fridge, Res. and Wise LLC__          NAISC code: __n/a_____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                        __Fridge, Resendez and Wise LLC__

Original signature of responsible party    __/s/ Charles Littleton Fridge III__

Printed name of responsible party          __Charles Littleton Fridge III__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Charles Litttleton Fridge III                              Case number  24-35056

| | | | | |
|---|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | | ☐ | ☐ | ☑ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | | ☐ | ☐ | ☑ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  -4,701.05

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  0.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $  0.00

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  0.00

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $  -4,701.05

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$  0.00

   *(Exhibit E)*

Debtor Name  Charles Litttleton Fridge III                        Case number 24-35056

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                               $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          _____ 0
27. What is the number of employees as of the date of this monthly report?   _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00
30. How much have you paid this month in other professional fees?                                   $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?                  $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:              $ _____ 0.00
36. Total projected cash disbursements for the next month:       - $ _____ 0.00
37. Total projected net cash flow for the next month:            = $ _____ 0.00

Debtor Name  Charles Litttleton Fridge III          Case number 24-35056

| | 8. Additional Information |

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# PlainsCapital Bank

FDIC
EQUAL HOUSING LENDER

PO BOX 271
LUBBOCK TX 79408

| | |
|---|---|
| Account Number | XXXXXX9412 |
| Statement Date | 10/31/2024 |
| Checks/Items Enclosed | 1 |
| Page | 1 of 4 |

00001972 TP10635S110124054753 01 000000000 1 005



FRIDGE RESENDEZ & WISE LLC
RETURNED MAIL 11/25/2019
3000 SMITH ST
HOUSTON TX 77006-3441

## Customer Service Information

☎ **Voice Banking:**
1-866-762-7782

☎ **Customer Service:**
1-866-762-8392

🖥 **Visit Us Online:**
www.plainscapital.com

## Protecting Your Account - Avoid Fraud Scams

*PlainsCapital Bank will NEVER ask for your user name, passwords, account number, debit card number, PINs, or security/pass codes through unsolicited emails, phone calls, text messages, or pop-up windows. If PlainsCapital Bank contacts you about actual fraud on your account, we will only ask for limited account information for verification purposes to ensure we are speaking to the correct person. Furthermore, do not rely on Caller ID to verify whether an incoming call is from PlainsCapital Bank. If you are suspicious about a request for personal information or the legitimacy of an inbound phone call, hang up, call your local branch or PlainsCapital Bank customer service at 866.762.8392, and ask to be transferred to the fraud department.*

## BUSINESS ALL ACCESS ACCOUNT

**Account Number: XXXXXX9412**

### Balance Summary

| | | |
|---|---|---|
| - Service Charge Fees | (1) | 183.27 |
| **Ending Balance as of 10/31/2024** | | **-$4,701.05** |



# PlainsCapital Bank

PO BOX 271
LUBBOCK TX 79408

| | |
|---|---|
| Account Number | XXXXXX9412 |
| Statement Date | 10/31/2024 |
| Page | 2 of 4 |

## Transactions

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| Sep 30 | | | | |
| Oct 01 | | | | |
| Oct 01 | | | | |
| Oct 01 | | | | |
| Oct 02 | | | | |
| Oct 02 | | | | |
| Oct 04 | | | | |
| Oct 04 | | | | |
| Oct 07 | | | | |
| Oct 07 | | | | |
| Oct 07 | | | | |
| Oct 10 | | | | |
| Oct 15 | | | | |
| Oct 15 | | | | |
| Oct 16 | | | | |
| Oct 16 | | | | |
| Oct 21 | | | | |
| Oct 22 | | | | |
| Oct 30 | AUTOMATIC LN PAYMT 00000501186-00003 | -4,987.44 | | -4,701.05 |
| Oct 31 | ENDING BALANCE | | | -$4,701.05 |

## Itemization of Checks Posted

* Indicates a Skip in Check Number(s)
"E" Indicates an Electronified Check

| Check # | Date | Amount | Check # | Date | Amount | |
|---|---|---|---|---|---|---|
| 9276 | Oct 01 | | 9276 * | Oct 04 | | |

## Itemization of Service Charge Paid This Period

**Total**                                                                 **$183.27**

# PlainsCapital Bank

PO BOX 271
LUBBOCK TX 79408

Account Number                          XXXXXX9412
Statement Date                          10/31/2024
Page                                    3 of 4

## Overdraft and Returned Item Fees

|  | Total For This Period | Total Year To Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | 40.00 | 40.00 |
| TOTAL RETURNED ITEM FEES | 20.00 | 20.00 |



# PlainsCapital Bank

PO BOX 271
LUBBOCK TX 79408

Account Number     XXXXXX9412
Statement Date     10/31/2024
Page     4 of 4

**Account Number: XXXXXX9412**

10/01/24

10/04/24



---

**Fill in this information to identify the case:**

Debtor Name __Charles Litttleton Fridge III__

United States Bankruptcy Court for the: _____Southern___ District of ___Texas__

Case number: __24-35056_____

☐ Check if this is an
amended filing

---

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11                12/17

Month: _____October 30-31 2024_____          Date report filed: __12/06/2024__
                                                                   MM / DD / YYYY

Line of business: __CCS Lease Land Develop___          NAISC code: __n/a_____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                          __Charles Littleton Fridge III_____

Original signature of responsible party     __/s/ Charles Littleton Fridge III_____

Printed name of responsible party           __Charles Littleton Fridge III_____

---

### ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Charles Litttleton Fridge III                    Case number  24-35056

17.  Have you paid any bills you owed before you filed bankruptcy?               ☐  ☑  ☐
18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____ 0.00

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ _____ 0.00

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

– $ _____ 0.00

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ _____ 0.00

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _____ 0.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

$ _____ 0.00

  *(Exhibit E)*

Debtor Name  Charles Litttleton Fridge III _____   Case number 24-35056 _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                                       $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                       _____ 0
27.  What is the number of employees as of the date of this monthly report?                          _____ 0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?              $ _____ 0.00
29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 0.00
30.  How much have you paid this month in other professional fees?                                        $ _____ 0.00
31.  How much have you paid in total other professional fees since filing the case?                       $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected** | − | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 33.  **Cash disbursements** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 34.  **Net cash flow** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |

35.  Total projected cash receipts for the next month:                                         $ _____ 0.00
36.  Total projected cash disbursements for the next month:                                  − $ _____ 0.00
37.  Total projected net cash flow for the next month:                                       = $ _____ 0.00

Debtor Name  Charles Litttleton Fridge III                          Case number 24-35056

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Fill in this information to identify the case:**

Debtor Name ___Charles Littleton Fridge III___

United States Bankruptcy Court for the: _____Southern___ District of ____Texas__

Case number: __24-35056_____

❏ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: ___October 30-31 2024___

Line of business: __3000 Smith GP, Inc.___

Date report filed: __12/06/2024__
MM / DD / YYYY

NAISC code: __n/a___

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: ___Charles Littleton Fridge III___

Original signature of responsible party ___/s/ Charles Littleton Fridge III___

Printed name of responsible party ___Charles Littleton Fridge III___

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ☑ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ❏ | ❏ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❏ | ❏ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❏ | ❏ | ☑ |
| 7. | Have you timely filed all other required government filings? | ❏ | ❏ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ❏ | ❏ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ☑ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ☑ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ☑ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ☑ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ☑ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ☑ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ☑ | ❏ |

Debtor Name  Charles Litttleton Fridge III                                    Case number  24-35056

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                    $ _____ 0.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                    $ _____ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                    − $ _____ 0.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ _____ 0.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____ 0.00

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                    $ _____ 0.00

    *(Exhibit E)*

Debtor Name  Charles Litttleton Fridge III                          Case number 24-35056

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25.  **Total receivables**                                                                    $ _____0.00

    *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                _____0

27.  What is the number of employees as of the date of this monthly report?                   _____0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?          $ _____0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00

30.  How much have you paid this month in other professional fees?                                   $ _____0.00

31.  How much have you paid in total other professional fees since filing the case?                  $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ ____0.00 | − | $ ____0.00 | = | $ ____0.00 |
| 33.  **Cash disbursements** | $ ____0.00 | − | $ ____0.00 | = | $ ____0.00 |
| 34.  **Net cash flow** | $ ____0.00 | − | $ ____0.00 | = | $ ____0.00 |

35.  Total projected cash receipts for the next month:                                        $ _____0.00

36.  Total projected cash disbursements for the next month:                                  − $ _____0.00

37.  Total projected net cash flow for the next month:                                       = $ _____0.00

Debtor Name  Charles Litttleton Fridge III                          Case number 24-35056

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Fill in this information to identify the case:

Debtor Name  Charles Litttleton Fridge III
_____

United States Bankruptcy Court for the: _____ Southern____ District of _____ Texas_

Case number:  24-35056  _____

☐ Check if this is an
   amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                        12/17

Month:          October 30 31 2024

Date report filed:   12/06/2024
                     MM / DD / YYYY

Line of business:   3000 Smith, Ltd.

NAISC code:   n/a

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    Charles Littleton Fridge III

Original signature of responsible party   /s/ Charles Littleton Fridge III

Printed name of responsible party     Charles Littleton Fridge III

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Charles Litttleton Fridge III                                    Case number  24-35056

17. Have you paid any bills you owed before you filed bankruptcy?                          ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                                                           $ _____ 480.01

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                                     $ _____ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                              − $ _____ 0.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                           + $ _____ 0.00
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                      = $ _____ 480.01

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                     $ _____ 0.00

    *(Exhibit E)*

Debtor Name  Charles Litttleton Fridge III          Case number 24-35056

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                              $ _____0.00_____

    *(Exhibit F)*

---

### 5. Employees

26.  What was the number of employees when the case was filed?                          _____0_____

27.  What is the number of employees as of the date of this monthly report?             _____0_____

---

### 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?              $ _____0.00_____

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00_____

30.  How much have you paid this month in other professional fees?                                         $ _____0.00_____

31.  How much have you paid in total other professional fees since filing the case?                        $ _____0.00_____

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 0.00 | — | $ 0.00 | = | $ 0.00 |
| 33.  **Cash disbursements** | $ 0.00 | — | $ 0.00 | = | $ 0.00 |
| 34.  **Net cash flow** | $ 0.00 | — | $ 0.00 | = | $ 0.00 |

35.  Total projected cash receipts for the next month:                        $ _____0.00_____

36.  Total projected cash disbursements for the next month:                 - $ _____0.00_____

37.  Total projected net cash flow for the next month:                      = $ _____0.00_____

---

Debtor Name  Charles Litttleton Fridge III                      Case number  24-35056

<table>
<tr><td></td></tr>
</table>

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.



# WOODFOREST®
### NATIONAL BANK
MEMBER FDIC

Page 1 of 2
Statement Period: October 01 - October 31, 2024

 **Account Information & Customer Service**
1-(877) 968-7962

 P.O. Box 7889 The Woodlands, TX 77387

 Visit Us Online at www.woodforest.com

00000076 TW100T11012411143500 2 000000000 **2092243147**

 3000 SMITH LTD
3000 SMITH ST STE 1
HOUSTON TX  77006-3440

Like Us On     Follow Us on 

## Summary of Accounts

| ACCOUNT TYPE AND NUMBER | BALANCE FORWARD | TOTAL DEBITS | TOTAL CREDITS | CLOSING BALANCE |
|---|---|---|---|---|
| Business A/A Checking-　　6519 | 150.94 | | | 480.01 |

## Business A/A Checking ████ 6519

### Deposits and Other Credits

| Date | Amount | Transactions |
|---|---|---|
| 10-08 | ████████████████████████ | |

### Withdrawals and Other Debits

| Date | Amount | Transactions |
|---|---|---|
| 10-02 | | |
| 10-07 | | |
| 10-07 | | |
| 10-10 | | |
| 10-10 | | |
| 10-11 | | |
| 10-15 | | |
| 10-16 | | |
| 10-21 | | |
| 10-28 | | |
| 10-29 | | |

| | Total for This Statement | Total for This Year |
|---|---|---|
| Total Overdraft Fees | $32.00 | $32.00 |
| Total Insufficient Items Fees | $0.00 | $0.00 |

## Account Summary

| | | | |
|---|---|---|---|
| Average Balance | $1,087.67 | Minimum Balance on 10/07/2024 | -$134.05 |
| Average Collected Balance | $1,087.67 | Number of Days in Cycle | 31 |

### Daily Closing Balance Summary



| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10-01 | | | | 10-21 | |
| 10-02 | | | | 10-28 | |
| 10-07 | | | | 10-29 | 480.01 |
| 10-08 | | | | | |

### In Case Of Errors Or Questions About Your Electronic Transfers For Consumer Accounts Only

Telephone us at **877-968-7962** or write us at the address on the front of this statement as soon as possible, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you **no later than** 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary
### In Case Of Errors Or Questions About Your Revolving Credit

If you think there is an error on your statement, write to us at Woodforest National Bank, ATTN: Loan Dept., PO Box 7889, The Woodlands, TX  77387-7889.  In your letter, give us the following information:

- Account information: Your name and account number
- Dollar amount: The dollar amount of the suspected error.
- Description of the problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.  While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### In Case Of Errors Or Questions About Your Statement

Please examine this statement upon receipt and report any differences in writing to the bank. If no differences are reported in writing within 30 days, the account will be considered correct.

Please notify us in writing of your change of address.

**ACCOUNT RECONCILIATION**

THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT.



↑ **SHOULD AGREE WITH YOUR CHECKBOOK BALANCE** ↑



**Fill in this information to identify the case:**

Debtor Name  Charles Littleton Fridge III

United States Bankruptcy Court for the: ____ ____Southern ____ District of ____Texas_

Case number:  24-35056 _____

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          October 30-31 2024

Line of business:     Verde CO2 CCS LLC

Date report filed:     12/06/2024
MM / DD / YYYY

NAISC code:      n/a

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:             Charles Littleton Fridge III

Original signature of responsible party    /s/ Charles Littleton Fridge III

Printed name of responsible party      Charles Littleton Fridge III

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Charles Litttleton Fridge III     Case number 24-35056

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☐ ☑
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☐ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ _____ -210.38

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ _____ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ _____ 46.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.   + $ _____ -46.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ _____ -217.38

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ _____ 0.00

    *(Exhibit E)*

Debtor Name  Charles Litttleton Fridge III _____     Case number 24-35056 _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                      $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                  _____ 0

27. What is the number of employees as of the date of this monthly report?                     _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                               $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?             $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                                          $ _____ 0.00

36. Total projected cash disbursements for the next month:                                     − $ _____ 0.00

37. Total projected net cash flow for the next month:                                          = $ _____ 0.00

Debtor Name  Charles Litttleton Fridge III                    Case number 24-35056

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.



## *3965 (Verde C02 CCS) Transaction Report

| | | | |
|---|---|---|---|
| 10/30/2024 | Insufficient Funds Overdraft Fee<br>OD CHARGES | $36.00 | ($2,233.46) |



AmegyBank.

Overview   Accounts   Invoice & Get Paid   Bill Pay   Transfers   Services   eDocuments

Secure Messages    Alerts Inbox

Last Sign-in Thursday, December 5, 2024 at 6:47 PM C...

## Account details

⚙ MANAGE ACCOUNT

Business Inspire Checking ∨
*****3538

$1,855.87
Available balance

Status: Open
Prior day balance: $1,990.10
Current balance: $1,990.10

🔍 Search by keyword

Date range: 10/30/2024 to 10/31/2024 ✕

Posted

⇄ Filter & sort

| | | | |
|---|---|---|---|
| MS | MONTHLY SVC CHG | -$8.00 | Oct 31, 2024 ∨ |
| PS | PAPER STATEMENT FEE | -$2.00 | Oct 31, 2024 ∨ |

No more transactions found.

Fill in this information to identify the case:

Debtor Name Charles Litttleton Fridge III

United States Bankruptcy Court for the: _____ Southern ___ District of ___ Texas__

Case number: 24-35056 _____

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:                October 30-31 2024                        Date report filed:    12/06/2024
                                                                                      MM / DD / YYYY

Line of business:    Verde CO2 CCS II LLC ___                    NAISC code:           n/a _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                     Charles Littleton Fridge III

Original signature of responsible party    /s/ Charles Littleton Fridge III

Printed name of responsible party         Charles Littleton Fridge III

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Charles Litttleton Fridge III                    Case number 24-35056

17. Have you paid any bills you owed before you filed bankruptcy?  ❏ ❏ ☑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏ ❏ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____ 82.24

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ _____ 0.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

− $ _____ 12.00

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ _____ -12.00

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ _____ 70.24

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ _____ 0.00

*(Exhibit E)*

Debtor Name  Charles Litttleton Fridge III          Case number 24-35056

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                              $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                   _____ 0

27. What is the number of employees as of the date of this monthly report?                       _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?             $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                                      $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                     $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A  **Projected** | – | Column B  **Actual** | = | Column C  **Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ 0.00 | – | $ _____ 0.00 | = | $ _____ 0.00 |
| 33. **Cash disbursements** | $ _____ 0.00 | – | $ _____ 0.00 | = | $ _____ 0.00 |
| 34. **Net cash flow** | $ _____ 0.00 | – | $ _____ 0.00 | = | $ _____ 0.00 |

35. Total projected cash receipts for the next month:                                         $ _____ 0.00

36. Total projected cash disbursements for the next month:                                  – $ _____ 0.00

37. Total projected net cash flow for the next month:                                       = $ _____ 0.00

Debtor Name  Charles Litttleton Fridge III                             Case number 24-35056

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

 

Dashboard    *3965 (Verde CO2 ...    Transaction Groups    *3746 (VERDE CO2 ...  ✕

## *3746 (VERDE CO2 CCS II LLC) Transaction Report

| 10/31/2024 | Paper Statement Fee PAPER STATEMENT FEE | $2.00 | $70.24 |
| 10/31/2024 | Service Charge SERVICE CHARGE | $10.00 | $72.24 |

Fill in this information to identify the case:

Debtor Name _Charles Litttleton Fridge III_

United States Bankruptcy Court for the: _____Southern____ District of ____Texas__

Case number: _24-35056_____

❑ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _____October 30-31, 2024_          Date report filed: _12/05/2024_
MM / DD / YYYY

Line of business: _CLF Property LC_____          NAISC code: _n/a_____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____Charles Littleton Fridge III_____

Original signature of responsible party _/s/ Charles Littleton Fridge III_____

Printed name of responsible party _____Charles Littleton Fridge III_____

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ☑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you paid all of your insurance premiums? | ❑ | ❑ | ☑ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name  Charles Litttleton Fridge III                          Case number  24-35056

17. Have you paid any bills you owed before you filed bankruptcy?                 ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                            $ _____ 0.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

    Report the total from *Exhibit C* here.                          $ _____ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

    Report the total from *Exhibit D* here.                        – $ _____ 0.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.               + $ _____ 0.00
    This amount may be different from what you may have calculated as *net profit.*

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ _____ 0.00

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                        $ _____ 0.00
    *(Exhibit E)*

Debtor Name  Charles Litttleton Fridge III                                      Case number  24-35056

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    _____ 0

27. What is the number of employees as of the date of this monthly report?                    _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?        $ _____ 0.00

30. How much have you paid this month in other professional fees?                                                $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                              $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                                                  $ _____ 0.00

36. Total projected cash disbursements for the next month:                                          − $ _____ 0.00

37. Total projected net cash flow for the next month:                                                = $ _____ 0.00

Debtor Name  Charles Litttleton Fridge III                        Case number  24-35056

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.