No. 2021-96773

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| DANIELLE L. FRIDGE | § | |
| and | § | HARRIS COUNTY, TEXAS |
| CHARLES L. FRIDGE, III and | § | |
| IN THE INTEREST OF C. L. F., IV, | § | |
| C. L. F. and C. L. F., CHILDREN | § | 245TH JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: **Harry Winston, Inc.**
Records Pertaining To: **See Attached Exhibit "A"**
Type of Records: **Any and all records and/or documents outlined in the attached "Exhibit A-Harry Winston, Inc." in the custodian's control, custody or possession**

1. Please state your full name and telephone number.

   Name: _Robert Scott_

   Phone Number: _212-315-7940_

2. Please state by whom you are employed and the business address.

   Employer: _Harry Winston Inc._

   Address: _717 5th Ave NY NY 10022_

3. What is the title of your position or job?

   Answer: _Chief Financial Officer_

4. Are you the custodian of records for this entity?

   Answer: _Yes_

5. Are these memoranda, reports, records, or data compilations, outlined in the subpoena duces tecum, pertaining to the above-named entity, in your custody or subject to your control, supervision or direction?

   Answer: _Yes_

6. Are you able to identify these aforementioned records as the originals or true and correct copies of the originals?

   Answer: _Yes_

Order No. **19265.016**

EXHIBIT A

7. Please hand to the Officer taking this deposition copies of the memoranda, reports, records, or data compilations, mentioned in Question No. 5. Have you complied? If not, why?

   Answer: YES

8. Are the copies which you have handed to the Officer taking this deposition true and correct copies of such memoranda, reports, records, or data compilations?

   Answer: YES

9. Were such memoranda, reports, records, or data compilations kept in the regular course of business of this facility?

   Answer: YES

10. Was it in the regular course of business of this facility for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record?

    Answer: YES

11. Were the entries on these records made at or shortly after the time of the transaction recorded?

    Answer: YES

12. What is the retention period of these types of records?

    Answer: 10+ YEARS

13. Was the method of preparation of these records trustworthy?

    Answer: YES

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared **Robert Scott**, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this __19__ day of __January__, 20__25__.

_____
Carole J. Friedberg
NOTARY PUBLIC

My Commission Expires: 9/25/26

Order No. 19265.016

CAROLE J FRIEDBERG
Notary Public - State of New York
NO. 01FR6152981
Qualified in Bronx County
My Commission Expires 9/25/26

EXHIBIT A

# Harry Winston, Inc.

January 19, 2024

Lilly & Van Ness, L.L.P.
3355 W Alabama Street, Suite 600
Houston, Texas 77098

RE: Danielle Fridge vs. Charles Fridge III

Dear Mr. Van Ness,

This letter is in response to the attached Subpoena regarding the matter of the marriage of Danielle L. Fridge and Charles L. Fridge, III.

Please find attached the following documents responsive to the subpoena:

- Purchase of stock # 868566 a Diamond, Cushion Solitaire Ring in Platinum on June 30, 2023 by Mr. Charles Fridge for $151,550 inclusive of sales tax from the Harry Winston salon located in Houston, Texas. The following supporting documents are provided:
    - Copy of computer generated sales invoice # HO02459
    - Copy of the manual sales invoice # HOU15283 signed by Mr. Fridge
    - Copy of the payment received by wire transfer into the Harry Winston, Inc. bank account with HSBC as follows:
        - June 14, 2023 $70,000
        - June 28 2023 $81,550

- Direct Questions to be Propounded to the Witness

Sincerely,

Robert Scott
Chief Financial Officer
rscott@harrywinston.com
212-315-7940

EXHIBIT A

HO02459
NO. June 30, 2023



**HARRY WINSTON**
718 FIFTH AVENUE
NEW YORK, NEW YORK 10019
(212) 245-2000
www.harrywinston.com

C9293169
Fridge, Charles
6017 Memorial Dr.
#705
HOUSTON, TX  77007
USA

| 868566 | RGDPCU030MIC-060 - Diamond, Cushion, Solitaire Ring, 3.03 ctr stone, Micropave, Platinum | 140,000.00 |
| --- | --- | --- |
| | 4 DIA, ROUND, 1.00-1.04, DEF, VVS-VS 0.01700 Cts - | |
| | 1 DIA CUSHION 3.00-3.49 E VS2 3.03000 Cts - 7426774260 | |
| | 14 DIA, ROUND, 1.30-1.34, DEF, VVS-VS 0.12600 Cts - | |
| | 20 DIA, ROUND, 1.50-1.54, DEF, VVS-VS 0.27400 Cts - | |
| | 33 DIA, ROUND, 1.60-1.64, DEF, VVS-VS 0.56400 Cts - | |
| | PLAT 3.51000 Dwt | |

|  |  |
| --- | --- |
| Sub Total | 140,000.00 |
| HOUSTON-TX-Sales Tax: 8.25 | 11,550.00 |
| Bag Charge: | |
| Shipping + Insurance | 0.00 |
| Sale Total | 151,550.00 |

NY25

EXHIBIT A

ca293169
S0379528 **HARRY WINSTON**            H002459

4444 WESTHEIMER ROAD  HOUSTON, TX 77027  T 713 263 3200

SOLD TO: Charles Fridge
6017 Memorial Dr
#705
Houston Tx 77007

SHIP TO: taken

VIA  UPS☐  OTHER _____

INVOICE #: _____
DATE: 6/30/23
HOU 15283

PAYMENT TERMS:  AMEX☐  VISA/MC☐  CHECK☐  WIRE☐  OTHER☐  CASH☐
SALES PERSON: Shansha Wei
PHONE: 281-989-7048

| STOCK# | DESCRIPTION | AMOUNT |
|---|---|---|
| #868566 | The One Cushion Cut Diamond Ring 3.03Ct E VS2 Non-refundable | $140,000.00 |
| | SUBTOTAL | $140,000.00 |
| | TAX | $11,550.00 |
| | TOTAL | $151,550.00 |

INSTRUCTIONS: Taken

SIGNATURE: [signed]

All prices for special orders are estimates. We ask for your cooperation in a +/- 10% fluctuation at the time of purchase. All special orders are final. Merchandise Return Policy: Articles will be accepted for merchandise credit or exchange only if returned in saleable condition within 30 days following the date of purchase. Merchandise credits must be used within a twelve month period from date of issue.

**EXHIBIT A**

   | Statement details

| Account name | Harry Winston Inc | | Closing ledger balance brought forward | 20,547,809.01 |
|---|---|---|---|---|
| Account number | | | From 16 Jan 2024 | |
| Bank name | HSBC Bank USA NA | | Closing available balance brought forward | 20,547,809.01 |
| Currency | USD | | From 16 Jan 2024 | |
| Location | United States | | Current ledger balance | 28,701,876.31 |
| BIC | | | As at 17 Jan 2024 12:58 | |
| IBAN | Not Available | | Current available balance | 28,701,876.31 |
| Account status | Active | | As at 17 Jan 2024 12:58 | |
| Account type | Current account | | | |
| | | | Specified date range | 14 Jun 2023 to 15 Jun 2023 |

| Bank reference | Customer reference | TRN status | Value date | Credit amount | Debit amount | Balance | Time | Post date |
|---|---|---|---|---|---|---|---|---|
| | | Posted | 14 Jun 2023 | 70,000.00 | | | 17:56 | 14 Jun 2023 |
| Narrative | INCOMING MONEY TRANSFER, 53RECD FED ZIONS BANCORPORATION, NA DBA AMEGY*ORG:CCS LAND DEVELO, PMENT LLC,USA,HOUSTON TX 77007-7052,6017*BNF:HARRY WINSTON, INC., ,NEW YORK NY/US,718 5TH A*OBI:CHARLES FRIDGE ENGAGEME, NT DEPOSIT*STFEDSEQ:B1Q8982R003776*TIME:1756*YOUR REF:NONREF*OUR, REF:165616498 | | | | | | | |

17 Jan 2024 | Account number 048856754

Page 1 of 1

EXHIBIT A



17 Jan 2024 | Account number 048856754

Page 1 of 1

EXHIBIT A