| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | CHARLES LITTLETON FRIDGE III |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN District of TEXAS (State) |
| Case number | 24-35056 |

## Official Form 410

# Proof of Claim

12/24

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1: Identify the Claim

| | | | |
|---|---|---|---|
| 1. | **Who is the current creditor?** | American Express National Bank | |
| | | Name of the current creditor (the person or entity to be paid for this claim) | |
| | | Other names the creditor used with the debtor | |

| | | |
|---|---|---|
| 2. | **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes.   From whom? |

| | | | |
|---|---|---|---|
| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) | |
| | | Becket and Lee LLP<br>Name | Becket and Lee LLP<br>Name |
| | | PO Box 3001<br>Number          Street | PO Box 3001<br>Number          Street |
| | | Malvern          PA          19355-0701<br>City          State          ZIP Code | Malvern          PA          19355-0701<br>City          State          ZIP Code |
| | | Contact phone   610-228-2570 | Contact phone   610-228-2570 |
| | | Contact email   proofofclaim@becket-lee.com | Contact email   payments@becket-lee.com |
| | | Uniform claim identifier (if you use one): | |

| | | |
|---|---|---|
| 4. | **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.   Claim number on court claims registry (if known) _____   Filed on _____<br>MM / DD / YYYY |

| | | |
|---|---|---|
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes.   Who made the earlier filing? |

EXHIBIT B

**Proof of Claim**

Official Form 410

page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|---------|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __7__ __0__ __0__ __8__

**7. How much is the claim?**

$57,828.41

**Does this amount include interest or other charges?**

☐ No

☑ Yes     Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

CREDIT CARD

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.     The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.     If the claim is secured by the debtor's principal residence, file a Mortgage *Proof of Claim Attachment* (Official Form 410-A) with this Proof of Claim.

☐ Motor vehicle

☐ Other. Describe:

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**     $

**Amount of the claim that is secured:**     $

**Amount of the claim that is unsecured:**     $     (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**     $

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes.     **Amount necessary to cure any default as of the date of the petition.**     $

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes     Identify the property:

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | | **Amount entitled to priority** |
|---|---|---|---|
| | | ☑ No | |
| | | ☐ Yes. *Check one:* | |
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

### Part 3:    Sign Below

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).** | *Check the appropriate box:*<br>☐ I am the creditor.<br>☑ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is. | |
| **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.** | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date    1/6/2025
                    MM / DD / YYYY

/s/ Gregory P Deegan
                    Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Gregory | P | Deegan |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Title | Claims Administrator | | |
| Company | Becket and Lee LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | PO Box 3001 | | |
| | Number          Street | | |
| | Malvern | PA | 19355-0701 |
| | City | State    ZIP Code | |
| Contact phone | 610-228-2570 | Email | proofofclaim@becket-lee.com |

EXHIBIT B

**Proof of Claim**

American Express® Traditional Gold Card

p. 1/15

CHARLES L FRIDGE III
Closing Date 11/08/24
Account Ending █ 7008

| | |
|---|---|
| **Customer Care:** | 1-800-327-2177 |
| **TTY:** | Use Relay 711 |
| **Website:** | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$57,868.41** |
| **Payment Due Date** | **12/03/24** |

**Membership Rewards® Points**
Available and Pending as of 09/30/24
**144,653**
For up to date point balance and full program details, visit **membershiprewards.com**

**Late Payment Warning:** If we do not receive your payment by the Payment Due Date of 12/03/24, you may have to pay a late fee of up to $40.00.

↱ See page 2 for important information about your account.

↱ Please refer to the **IMPORTANT NOTICES** section.

↱ For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening deposit. 24/7 customer support. Help meet your savings goals with an American Express High Yield Savings Account. Terms apply. Member FDIC. Learn more by visiting **americanexpress.com/save**

## Account Summary

**Pay In Full**

| | |
|---|---|
| Previous Balance | $43,286.56 |
| Payments/Credits | -$50,751.47 |
| New Charges | +$65,293.32 |
| Fees | +$40.00 |
| New Balance = | $57,868.41 |

**Pay Over Time and/or Cash Advance**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $0.00 |
| Minimum Due | $0.00 |

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$43,286.56** |
| Payments/Credits | -$50,751.47 |
| New Charges | +$65,293.32 |
| New Cash Advances | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$57,868.41** |

| | |
|---|---|
| **Pay Over Time Limit** | $35,000.00 |
| **Available Pay Over Time Limit** | $35,000.00 |

⬇ Please fold on the perforation below, detach and return with your payment ⬇

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending** █ 7008
Enter 15 digit account # on all payments.
Make check payable to American Express.

CHARLES L FRIDGE III
3000 SMITH ST
STE 1
HOUSTON TX 77006-3440

Payment Due Date
**12/03/24**

Amount Due
**$57,868.41**

See reverse side for instructions
on how to update your address,
phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

EXHIBIT B



**American Express® Traditional Gold Card**

p. 3/15

CHARLES L FRIDGE III
Closing Date 11/08/24

Account Ending 7008



| Customer Care & Billing Inquiries | 1-800-528-4800 |
|---|---|
| International Collect | 1-336-393-1111 |
| Lost or Stolen Card | 1-800-992-3404 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-528-4800** |

**Hearing Impaired**
Online chat at americanexpress.com or use **Relay dial 711** and **1-800-528-4800**



**Website:** americanexpress.com

**Customer Care
& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time / Cash Advance ♦ | Total |
|---|---|---|---|
| **Payments** | -$41,500.00 | $0.00 | -$41,500.00 |
| **Credits** | | | |
| CHARLES L FRIDGE III 7008 | -$9,251.47 | $0.00 | -$9,251.47 |
| **Total Payments and Credits** | **-$50,751.47** | **$0.00** | **-$50,751.47** |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 10/18/24* | CHARLES L FRIDGE III | ONLINE PAYMENT - THANK YOU | -$41,500.00 |

| Credits | | | Amount |
|---|---|---|---|
| 10/20/24* | CHARLES L FRIDGE III | AMAZON SHOP WITH POINTS CREDIT | -$135.00 |
| 10/20/24* | CHARLES L FRIDGE III | AMAZON SHOP WITH POINTS CREDIT | -$346.47 |
| 11/06/24 | CHARLES L FRIDGE III | ELEUTHERA VACATION RENTAL 056220000039 FORT MYERS      FL MSIMON@ELEUTHERAVACATIONR | -$3,770.00 |
| 11/06/24 | CHARLES L FRIDGE III | ELEUTHERA VACATION RENTAL 056220000039 FORT MYERS      FL REAL ESTATE AGENTS AND MG | -$5,000.00 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| CHARLES L FRIDGE III 7008 | $50,403.58 | $0.00 | $50,403.58 |
| CHARLES L FRIDGE IV 8022 | $120.36 | $0.00 | $120.36 |
| CHRISTIAN FRIDGE 036 | $1,566.43 | $0.00 | $1,566.43 |
| CARTER FRIDGE 041 | $890.84 | $0.00 | $890.84 |
| EMILY DAGGETT 1050 | $12,312.11 | $0.00 | $12,312.11 |
| **Total New Charges** | **$65,293.32** | **$0.00** | **$65,293.32** |

### Detail



**CHARLES L FRIDGE III**
Card Ending 7008

| | | | | Amount |
|---|---|---|---|---|
| 10/08/24 | MARK & GRAHAM E COMMERCE HOME FURNISH | (855)282-6203 | CA | $58.46 |
| 10/09/24 | HOUZZ INC. Houzz www.houzz.com | PALO ALTO | CA | $212.13 |

EXHIBIT B

Continued on reverse

CHARLES L FRIDGE III                    Account Ending ■7008                                    p. 4/15

| **Detail Continued** | | | | |
|---|---|---|---|---|
| | | | | **Amount** |
| 10/09/24 | PHOENICIA SPECIALTY FD 628521005082086<br>832-360-2222 | HOUSTON | TX | $49.97 |
| 10/10/24 | AplPay TIX* REDRUM FEAR PARK<br>+18556887277 | RICHMOND | TX | $39.94 |
| 10/10/24 | MICROSOFT*PC 1 MONTH<br>MSBILL.INFO | MSBILL.INFO | WA | $12.98 |
| 10/10/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $73.61 |
| 10/10/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $36.53 |
| 10/10/24 | AplPay SHELL SERVICE STATION 12979903015<br>GAS STATION | HOUSTON | TX | $7.56 |
| 10/10/24 | AplPay TIX* REDRUM FEAR PARK<br>+18556887277 | RICHMOND | TX | $39.94 |
| 10/10/24 | AplPay TIX* REDRUM FEAR PARK<br>+18556887277 | RICHMOND | TX | $39.94 |
| 10/10/24 | XOCHI 068880021837624<br>1 77010 | HOUSTON | TX | $130.00 |
| 10/10/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $120.86 |
| 10/11/24 | CENTRAL MART<br>squareup.com/receipts | Houston | TX | $50.05 |
| 10/11/24 | TX INTL ENDOSCOPY 039300981083271<br>TLACY@USPI.COM | 713-5208432 | TX | $1,210.52 |
| 10/11/24 | EXTERIOR WORLDS, INC 150632871532503<br>LANDSCAPE/HORTICULTUR | HOUSTON | TX | $1,826.72 |
| 10/11/24 | AplPay POTBELLY #115<br>10061 77010 | HOUSTON | TX | $15.46 |
| 10/11/24 | HARRY WINSTON INC - HOU 0000<br>713-263-3200 | HOUSTON | TX | $8,551.75 |
| 10/11/24 | TST* PUTTSHACK - HOUSTON 00122724<br>RESTAURANT | HOUSTON | TX | $117.96 |
| 10/11/24 | CUTLOOSE HAIR 0000<br>713-520-7401 | HOUSTON | TX | $143.75 |
| 10/12/24 | AplPay Uber Trip<br>8005928996 | help.uber.com | CA | $38.27 |
| 10/12/24 | AplPay Uber Trip<br>8005928996 | help.uber.com | CA | $22.63 |
| 10/12/24 | AplPay Uber Trip<br>8005928996 | help.uber.com | CA | $19.78 |
| 10/12/24 | AplPay UBER EATS<br>8005928996 | help.uber.com | CA | $137.34 |
| 10/12/24 | AplPay Uber Trip<br>8005928996 | help.uber.com | CA | $21.76 |
| 10/12/24 | AplPay Uber Trip<br>8005928996 | help.uber.com | CA | $10.47 |
| 10/12/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $64.92 |
| 10/12/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $32.44 |
| 10/12/24 | AplPay TST* GOODE COMPANY BBQ - 00026046<br>RESTAURANT | HEDWIG VILLAGE | TX | $27.68 |
| 10/12/24 | MICROSOFT*REALMS 1 MONTH<br>MSBILL.INFO | MSBILL.INFO | WA | $4.32 |
| 10/13/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $2.99 |

EXHIBIT B

Continued on next page



**American Express® Traditional Gold Card**

CHARLES L FRIDGE III
Closing Date 11/08/24

Account Ending 7008

---

| **Detail Continued** | | | | |
|---|---|---|---|---|
| | | | | **Amount** |
| 10/13/24 | AplPay UBER EATS<br>8005928996 | help.uber.com | CA | $152.89 |
| 10/13/24 | AplPay SHELL SERVICE STATION 57543429609<br>7134670504 | HOUSTON | TX | $11.18 |
| 10/13/24 | AplPay UNDERDOG 000675100000022<br>PAPERAPP@PAYSAFE.COM | BROOKLYN | NY | $50.00 |
| 10/14/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $48.69 |
| 10/14/24 | AplPay PETSMART<br>888-839-9638 | HOUSTON | TX | $18.23 |
| 10/14/24 | PHOENICIA SPECIALTY FD 628521005082086<br>832-360-2222 | HOUSTON | TX | $171.44 |
| 10/14/24 | AMC 4485 HOUSTON 8 4485<br>913-213-2000 | HOUSTON | TX | $64.94 |
| 10/14/24 | AMC 4485 HOUSTON 8 4485<br>913-213-2000 | HOUSTON | TX | $12.97 |
| 10/15/24 | AMC 9640 ONLINE*9640 AMC ONL<br>888-440-4262 | LEAWOOD | KS | $31.78 |
| 10/15/24 | TST* FLYING SAUCER - HOUS 300607339<br>7132289472 | HOUSTON | TX | $74.59 |
| 10/15/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $20.53 |
| 10/15/24 | MISTER CAR WASH<br>8662543229 | HOUSTON | TX | $39.99 |
| 10/15/24 | FOUR SEASONS HOUSTN<br>Arrival Date    Departure Date<br>09/12/24        10/15/24<br>00000000<br>LODGING | HOUSTON | TX | $12,120.00 |
| 10/15/24 | AplPay POTBELLY #115<br>30308 77010 | HOUSTON | TX | $18.65 |
| 10/15/24 | AplPay SHELL SERVICE STATION 12628283009<br>7136808942 | HOUSTON | TX | $3.13 |
| 10/15/24 | SAGE 400 JAPANESE CUISINE<br>7139619566 | HOUSTON | TX | $156.91 |
| 10/16/24 | AMERICAN AIRLINES<br>American Airlines<br>From:          To:<br>LUBBOCK MUNICIPAL    DALLAS/FORT WORTH<br>                  MIAMI INTERNATIONA<br>Ticket Number: 0012184603350<br>Passenger Name: FRIDGE/CHRISTIAN<br>Document Type: PASSENGER TICKET | 800-433-7300<br><br>Carrier:   Class:<br>MQ       V<br>AA       V<br>Date of Departure: 10/24 | TX | $446.98 |
| 10/16/24 | ALLIANZ TRAVEL INS<br>8006285404 | RICHMOND | VA | $25.34 |
| 10/16/24 | ORKIN LLC 002 000000004<br>68877877 77019- | ATLANTA | GA | $68.19 |
| 10/16/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $21.64 |
| 10/16/24 | AplPay CHICK-FIL-A #00316 000000000565562<br>7136508081 | HOUSTON | TX | $2.59 |
| 10/16/24 | VERANDAH 436845558700083<br>WKANACAFE@GMAIL.COM | HOUSTON | TX | $294.90 |

EXHIBIT B

Continued on reverse

CHARLES L FRIDGE III      Account Ending ▬7008      p. 6/15

## Detail Continued

| | | | | | Amount |
|---|---|---|---|---|---|
| 10/17/24 | AMERICAN AIRLINES<br>American Airlines | | 800-433-7300 | TX | $84.82 |
| | From: | To: | Carrier: | Class: | |
| | LUBBOCK MUNICIPAL | DALLAS/FORT WORTH | AA | G | |
| | | CHARLOTTE | AA | G | |
| | | NASSAU INTERNATION | AA | G | |
| | Ticket Number: 0012184783677 | | Date of Departure: 10/25 | | |
| | Passenger Name: FRIDGE/CHRISTIAN | | | | |
| | Document Type: PASSENGER TICKET | | | | |
| 10/17/24 | AplPay Flower Child Houston Uptown 1615561<br>10068 77056 | | Houston | TX | $44.25 |
| 10/17/24 | AplPay WHATABURGER<br>588556 77074 | | HOUSTON | TX | $8.87 |
| 10/18/24 | AMAZON.COM<br>MERCHANDISE | | AMZN.COM/BILL | WA | $15.04 |
| 10/18/24 | APPLE.COM/BILL<br>RECORD STORE | | INTERNET CHARGE | CA | $23.79 |
| 10/18/24 | SKN HOUSTON<br>HEALTH & BEAUTY SPA | | HOUSTON | TX | $831.60 |
| 10/18/24 | JOSEPH INDELICATO JR PC<br>PROFESSIONAL SERVICE | | RICHMOND | TX | $12,328.12 |
| 10/18/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | | AMZN.COM/BILL | WA | $32.46 |
| 10/18/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | | AMZN.COM/BILL | WA | $81.19 |
| 10/18/24 | AplPay CHEVRON 0381714/CHEVRON<br>CONVENIENCE | | HOUSTON | TX | $1.49 |
| 10/18/24 | TST* LA CALLE BAGBY PARK 00137658<br>RESTAURANT | | HOUSTON | TX | $71.38 |
| 10/18/24 | AplPay PARKMOBILE ParkMobile<br>8777275457 | | ATLANTA | GA | $1.20 |
| 10/18/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | | AMZN.COM/BILL | WA | $38.97 |
| 10/18/24 | AplPay CHICK-FIL-A #01801 000000000401296<br>7135232442 | | HOUSTON | TX | $7.91 |
| 10/18/24 | AplPay OTTOS BBQ & HAMBURGER 6905501101348<br>50110134817@MAVERICKGATEW | | HOUSTON | TX | $25.34 |
| 10/18/24 | SP BISCUIT HOME<br>+17139429797 | | HOUSTON | TX | $158.06 |
| 10/19/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | | AMZN.COM/BILL | WA | $10.55 |
| 10/19/24 | AMAZON.COM<br>MERCHANDISE | | AMZN.COM/BILL | WA | $0.52 |
| 10/19/24 | AplPay UBER EATS<br>8005928996 | | help.uber.com | CA | $56.47 |
| 10/19/24 | AMAZON MARKETPLACE PAYMENTS<br>AMZN.COM/BILL | | AMZN.COM/BILL | WA | $346.47 |
| 10/19/24 | AMAZON.COM<br>AMZN.COM/BILL | | AMZN.COM/BILL | WA | $135.00 |
| 10/19/24 | NORDSTROM<br>8002855800 | | HOUSTON | TX | $43.92 |
| 10/19/24 | WALGREENS<br>NONE 77006<br>PHARMACIES | | HOUSTON | TX | $192.80 |
| 10/19/24 | JINYA RAMEN - MIDTOWN 3201 LOUISIANA<br>8326536722 | | HOUSTON | TX | $123.30 |
| 10/19/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | | AMZN.COM/BILL | WA | $70.32 |

EXHIBIT B

Continued on next page



**American Express® Traditional Gold Card**

CHARLES L FRIDGE III
Closing Date 11/08/24

Account Ending 008

| **Detail Continued** | | | | |
|---|---|---|---|---|
| | | | | **Amount** |
| 10/19/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $81.16 |
| 10/20/24 | AplPay IPIC* HOUSTON<br>+15618863232 | BOCA RATON | FL | $50.12 |
| 10/20/24 | NETFLIX.COM<br>CABLE & PAY TV | 866-579-7172 | CA | $24.89 |
| 10/20/24 | NORDSTROM DIRECT<br>503481748 52404<br>DEPT. STORES | http://shop.nordstrom | WA | $216.39 |
| 10/20/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $28.15 |
| 10/20/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $15.85 |
| 10/20/24 | PHOENICIA SPECIALTY FD 628521005082086<br>832-360-2222 | HOUSTON | TX | $19.66 |
| 10/20/24 | H-E-B #630 000000000919748<br>2109389488 | HOUSTON | TX | $663.02 |
| 10/20/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $8.64 |
| 10/20/24 | AplPay IPIC* HOUSTON<br>+18327092146 | HOUSTON | TX | $81.20 |
| 10/21/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $64.92 |
| 10/21/24 | BOX, INC.<br>COMPUTER NETWORK/INFO | REDWOOD CITY | CA | $690.76 |
| 10/21/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $20.56 |
| 10/21/24 | AplPay UBER EATS<br>8005928996 | help.uber.com | CA | $49.58 |
| 10/22/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $5.40 |
| 10/22/24 | AplPay Uber Trip<br>8005928996 | help.uber.com | CA | $21.46 |
| 10/22/24 | AplPay Uber Trip<br>8005928996 | help.uber.com | CA | $22.94 |
| 10/22/24 | AplPay Uber Trip<br>8005928996 | help.uber.com | CA | $68.23 |
| 10/22/24 | AplPay Uber Trip<br>8005928996 | help.uber.com | CA | $69.84 |
| 10/22/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.81 |
| 10/22/24 | AplPay PHOENICIA SPECIALTY FD 628521005082<br>832-360-2222 | HOUSTON | TX | $15.96 |
| 10/23/24 | COPA CALL CENTER REDEM CSS(AX)<br>COPA CALL CENTER REDEM CS<br>Ticket Number: UNAVAILABLE<br>Document Type: PASSENGER TICKET | PANAMÁ<br><br>Date of Departure: 10/23 | PA | $1,851.90 |

EXHIBIT B

CHARLES L FRIDGE III                    Account Ending ■7008                    p. 8/15

## Detail Continued

| | | | | | Amount |
|---|---|---|---|---|---|
| 10/23/24 | EXPEDIA.COM TRAVEL AVIANCA | | SEATTLE | WA | $125.00 |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| CUCUTA | BOGOTA | AV | 00 |
| | PANAMA CITY TOCUME | AV | 00 |
| | BOGOTA | AV | 00 |
| | CUCUTA | AV | 00 |

Ticket Number: 13483131646320    Date of Departure: 10/24
Passenger Name: LEON MOLINA/YEIMARA
Document Type: OPTIONAL SERVICES FEE

| | | | | | |
|---|---|---|---|---|---|
| 10/23/24 | EXPEDIA.COM TRAVEL AVIANCA | | SEATTLE | WA | $305.60 |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| CUCUTA | BOGOTA | AV | S |
| | PANAMA CITY TOCUME | AV | S |
| | BOGOTA | AV | O |
| | CUCUTA | AV | O |

Ticket Number: 13471915819401    Date of Departure: 10/24
Passenger Name: LEON MOLINA/YEIMARA
Document Type: PASSENGER TICKET

| | | | | | |
|---|---|---|---|---|---|
| 10/23/24 | EXPEDIA.COM TRAVEL AVIANCA | | SEATTLE | WA | $305.60 |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| CUCUTA | BOGOTA | AV | S |
| | PANAMA CITY TOCUME | AV | S |
| | BOGOTA | AV | O |
| | CUCUTA | AV | O |

Ticket Number: 13471915819390    Date of Departure: 10/24
Passenger Name: GONZALEZ LEON/JORDAN
Document Type: PASSENGER TICKET

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 10/23/24 | AplPay Uber Trip 8005928996 | help.uber.com | CA | $23.66 |
| 10/23/24 | AplPay Uber Trip 8005928996 | help.uber.com | CA | $6.81 |
| 10/23/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $48.69 |
| 10/23/24 | HOU ATLANTIC HOUSTON HOU ATLANTIC HO 713-644-6431 | HOUSTON | TX | $1,359.07 |
| 10/23/24 | HOU ATLANTIC HOUSTON HOU ATLANTIC HO 713-644-6431 | HOUSTON | TX | $2,260.00 |
| 10/23/24 | AplPay CHICK-FIL-A #00316 000000000565562 7136508081 | HOUSTON | TX | $10.23 |
| 10/23/24 | PEACOCK*D22ED PREMIUM CABLE & PAY TV | NEW YORK CITY | NY | $8.65 |
| 10/23/24 | VENMO *SHANA O'GRADY 8558124430 | 8558124430 | NY | $66.95 |
| 10/23/24 | PEACOCK*32EB9 PREMPLUS CABLE & PAY TV | NEW YORK CITY | NY | $6.50 |
| 10/24/24 | AplPay Uber Trip 8005928996 | help.uber.com | CA | $47.94 |
| 10/24/24 | AplPay Uber Trip 8005928996 | help.uber.com | CA | $19.47 |
| 10/25/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $11.90 |
| 10/28/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $5.94 |

EXHIBIT B

Continued on next page



**American Express® Traditional Gold Card**                                   p. 9/15

CHARLES L FRIDGE III
Closing Date 11/08/24

Account Ending 7008

| Detail Continued |
|---|

| | | | | Amount |
|---|---|---|---|---|

**CHARLES L FRIDGE IV**
Card Ending 8022   Monthly Spending Limit: $1,000

| | | | | Amount |
|---|---|---|---|---|

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 10/10/24 | UBER ONE<br>8005928996 | help.uber.com | CA | $9.99 |
| 10/12/24 | VEO* DEPOSIT<br>+18558362256 | SANTA MONICA | CA | $10.00 |
| 10/15/24 | AplPay CHICK-FIL-A #01801 000000000401296<br>7135232442 | HOUSTON | TX | $1.36 |
| 10/19/24 | NYTimes.COM NY TIMES DIGITAL<br>ONLINE SUBS | (800)698-4637 | NY | $21.28 |
| 10/21/24 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | $14.06 |
| 10/22/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 |
| 10/22/24 | AplPay BT*GO PUFF*GOPUFF<br>18554007833 | PHILADELPHIA | PA | $37.45 |
| 10/24/24 | Amazon Prime<br>SUBSCRIPTION | Amazon.com | WA | $16.23 |

**CHRISTIAN FRIDGE**
Card Ending 036

| | | | | Amount |
|---|---|---|---|---|

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 10/09/24 | RAISING CANES 0051<br>40393 79401 | LUBBOCK | TX | $29.88 |
| 10/09/24 | SEI FUELS STORE 42574-5046 09537044<br>SEI FUELS STORE 42574-504 | LUBBOCK | TX | $6.58 |
| 10/09/24 | DD *DOORDASH PANERABRE<br>+16506819470 | SAN FRANCISCO | CA | $31.35 |
| 10/09/24 | MICROSOFT*XBOX<br>Z624QM19X79U 98052 | MSBILL.INFO | | $75.76 |
| 10/10/24 | DD *DOORDASH CHICK-FIL<br>+16506819470 | SAN FRANCISCO | CA | $23.24 |
| 10/11/24 | DD *DOORDASH SUBWAY<br>+16506819470 | SAN FRANCISCO | CA | $37.29 |
| 10/11/24 | PINKIES #44<br>806-791-5001 | LUBBOCK | TX | $64.27 |
| 10/11/24 | CHIPOTLE 2651 0000<br>303-595-4000 | LUBBOCK | TX | $21.87 |
| 10/11/24 | VENMO *MADDIE WILLIAMS<br>8558124430 | 8558124430 | NY | $30.90 |
| 10/12/24 | DD *DOORDASH CHICK-FIL<br>+16506819470 | SAN FRANCISCO | CA | $46.88 |
| 10/12/24 | VENMO *LAUREN FABER<br>8558124430 | 8558124430 | NY | $12.50 |
| 10/13/24 | DD *DOORDASH MCDONALDS<br>+16506819470 | SAN FRANCISCO | CA | $28.79 |
| 10/13/24 | DD *DOORDASH SUBWAY<br>+16506819470 | SAN FRANCISCO | CA | $36.49 |
| 10/13/24 | DD *DOORDASH CAPITALPI<br>+16506819470 | SAN FRANCISCO | CA | $54.27 |
| 10/13/24 | DD *DOORDASH PANERABRE<br>+16506819470 | SAN FRANCISCO | CA | $34.22 |

EXHIBIT B

Continued on reverse

| **Detail Continued** | | | | |
|---|---|---|---|---|
| | | | | **Amount** |
| 10/14/24 | DD *DOORDASH HAWAIIANB<br>+16506819470 | SAN FRANCISCO | CA | $37.99 |
| 10/14/24 | DD *DOORDASH HAWAIIANB<br>+16506819470 | SAN FRANCISCO | CA | $7.60 |
| 10/14/24 | CSC SERVICEWORK 0000<br>888-561-4748 | LUBBOCK | TX | $2.50 |
| 10/14/24 | VENMO *JOHN BANKS BROWN<br>8558124430 | 8558124430 | NY | $11.75 |
| 10/14/24 | SEI FUELS STORE 42574-5046 09537044<br>SEI FUELS STORE 42574-504 | LUBBOCK | TX | $3.29 |
| 10/15/24 | CHIPOTLE 1506 0000<br>806-744-4503 | LUBBOCK | TX | $15.70 |
| 10/16/24 | MICROSOFT*XBOX<br>Z62LQZSREFGI 98052 | MSBILL.INFO | | $108.24 |
| 10/16/24 | DD *DOORDASH WENDYS<br>+16506819470 | SAN FRANCISCO | CA | $28.80 |
| 10/16/24 | DD *DOORDASH SUBWAY<br>+16506819470 | SAN FRANCISCO | CA | $29.82 |
| 10/16/24 | CHICK-FIL-A<br>8067441564 | LUBBOCK | TX | $20.43 |
| 10/16/24 | SEI FUELS STORE 42574-5046 09537044<br>SEI FUELS STORE 42574-504 | LUBBOCK | TX | $29.80 |
| 10/17/24 | CHIPOTLE 2651 0000<br>303-595-4000 | LUBBOCK | TX | $18.13 |
| 10/17/24 | COCA COLA LUBBOCK 00-08031118097<br>FAST FOOD RESTAURANT | LUBBOCK | TX | $2.75 |
| 10/17/24 | CHICK-FIL-A #03845 000000000564617<br>8067840281 | LUBBOCK | TX | $15.95 |
| 10/17/24 | VENMO *MADDIE WILLIAMS<br>8558124430 | 8558124430 | NY | $30.00 |
| 10/18/24 | DD *DOORDASH TACOBELL<br>+16506819470 | SAN FRANCISCO | CA | $45.50 |
| 10/18/24 | DD *DOORDASH TORCHYSTA<br>+16506819470 | SAN FRANCISCO | CA | $30.58 |
| 10/18/24 | DD *DOORDASH CHICK-FIL<br>+16506819470 | SAN FRANCISCO | CA | $46.43 |
| 10/18/24 | SEI FUELS STORE 42574-5046 09537044<br>SEI FUELS STORE 42574-504 | LUBBOCK | TX | $15.00 |
| 10/19/24 | DD *DOORDASH CHIPOTLEM<br>+16506819470 | SAN FRANCISCO | CA | $25.21 |
| 10/19/24 | CHICK-FIL-A #03845 000000000564617<br>8067840281 | LUBBOCK | TX | $21.38 |
| 10/20/24 | DD *DOORDASH SUBWAY<br>+16506819470 | SAN FRANCISCO | CA | $24.56 |
| 10/21/24 | DD *DOORDASH TORCHYSTA<br>+16506819470 | SAN FRANCISCO | CA | $47.44 |
| 10/21/24 | DD *DOORDASH WHATABURG<br>+16506819470 | SAN FRANCISCO | CA | $27.25 |
| 10/22/24 | Amazon Prime<br>SUBSCRIPTION | Amazon.com | WA | $16.23 |
| 10/22/24 | DD *DOORDASH CHIPOTLEM<br>+16506819470 | SAN FRANCISCO | CA | $35.69 |
| 10/22/24 | COCA COLA LUBBOCK 00-08031118097<br>FAST FOOD RESTAURANT | LUBBOCK | TX | $2.75 |
| 10/22/24 | CHICK-FIL-A<br>8067441564 | LUBBOCK | TX | $24.81 |

EXHIBIT B

Continued on next page



**American Express® Traditional Gold Card** p. 11/15

CHARLES L FRIDGE III
Closing Date 11/08/24

Account Ending 7008

| Detail Continued | | | |
|---|---|---|---|
| | | | **Amount** |
| 10/23/24 | HAYASHI MIDTOWN 739293975302398 JSHAYASHI@ATT.NET | LUBBOCK | TX | $88.35 |
| 10/23/24 | DD *DOORDASH SUBWAY +16506819470 | SAN FRANCISCO | CA | $30.32 |
| 10/23/24 | MARKET STREET 806-791-0220 | LUBBOCK | TX | $1.79 |
| 10/23/24 | SEI FUELS STORE 42574-5046 09537044 SEI FUELS STORE 42574-504 | LUBBOCK | TX | $50.03 |
| 10/24/24 | RAISING CANES 0051 40131 79401 | LUBBOCK | TX | $18.20 |
| 10/24/24 | COCA COLA LUBBOCK 00-08031118097 FAST FOOD RESTAURANT | LUBBOCK | TX | $2.75 |
| 10/24/24 | CHIPOTLE 1506 0000 806-744-4503 | LUBBOCK | TX | $19.86 |
| 10/24/24 | DD *STORECHICK-FIL-A +16506819470 | SAN FRANCISCO | CA | $30.62 |
| 10/25/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $43.29 |
| 10/25/24 | CHICK-FIL-A 8067441564 | LUBBOCK | TX | $21.35 |

**CARTER FRIDGE**
Card Ending 2041   Monthly Spending Limit: $1,500

| | | | **Amount** |
|---|---|---|---|
| 10/09/24 | MEMORIAL LIQUOR 713-575-8790 | HOUSTON | TX | $49.77 |
| 10/09/24 | MEMORIAL LIQUOR 713-575-8790 | HOUSTON | TX | $2.15 |
| 10/09/24 | KFC C521024 2102 713-464-6067 | HOUSTON | TX | $11.98 |
| 10/10/24 | MCDONALD'S F19603 000000000330462 7134618636 | HOUSTON | TX | $4.85 |
| 10/10/24 | BURGER KING #266 0000 630-598-3370 | HOUSTON | TX | $14.57 |
| 10/11/24 | TST* POTENTE 00058851 RESTAURANT | HOUSTON | TX | $113.36 |
| 10/12/24 | CIRCLE K #2742318 000000000646954 7138638206 | HOUSTON | TX | $15.13 |
| 10/12/24 | SHELL SERVICE STATION 12979903015 AUTO FUEL DISPENSER | HOUSTON | TX | $36.73 |
| 10/12/24 | SHELL SERVICE STATION 57543426704 7135299536 | HOUSTON | TX | $41.93 |
| 10/12/24 | WESTWOOD COUNTRY CLU 436845560144676 GABEC@WWGOLFCLUB.COM | HOUSTON | TX | $77.94 |
| 10/14/24 | BUNKER HILL 700 BM RESTAURANT | HOUSTON | TX | $19.85 |
| 10/14/24 | CHILI'S SAWYER HEIGHTS 0000 800-983-4637 | HOUSTON | TX | $22.16 |
| 10/14/24 | METRO MART 0000 832-641-4800 | HOUSTON | TX | $1.07 |
| 10/14/24 | HEIGHTS LIQUOR 832-618-1455 | HOUSTON | TX | $38.96 |

EXHIBIT B

Continued on reverse

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 10/14/24 | YK QUICK STOP 09543810<br>YK QUICK STOP | HOUSTON | TX | $57.73 |
| 10/14/24 | YK QUICK STOP 09543810<br>YK QUICK STOP | HOUSTON | TX | $29.22 |
| 10/15/24 | WENDY'S<br>10040211004 77041<br>FAST FOOD REST. | HOUSTON | TX | $4.85 |
| 10/16/24 | WALGREEN<br>NONE 77024<br>PHARMACIES | HOUSTON | TX | $19.79 |
| 10/16/24 | CHEVRON 0302508/CHEVRON<br>SERVICE STN | HOUSTON | TX | $7.77 |
| 10/16/24 | CHEVRON 0302508/CHEVRON<br>SERVICE STN | HOUSTON | TX | $143.50 |
| 10/18/24 | PHOBIA HAUNTED HOUSES<br>TICKET AGENCY | HOUSTON | TX | $68.49 |
| 10/18/24 | CHEVRON 0381714/CHEVRON<br>CONVENIENCE | HOUSTON | TX | $33.53 |
| 10/18/24 | KFC C521024 2102<br>713-464-6067 | HOUSTON | TX | $11.98 |
| 10/18/24 | CITGO OIL CO<br>832-275-4989 | 479-928-7135 | OK | $30.92 |
| 10/19/24 | DAIRY QUEEN #14024 068880021665777<br>1019010010010 75941 | DIBOLL | TX | $2.91 |
| 10/23/24 | BUNKER HILL 700 BM<br>RESTAURANT | HOUSTON | TX | $29.70 |

**EMILY DAGGETT**
Card Ending ████ 1050

| | | | | Amount |
|---|---|---|---|---|
| 10/10/24 | IN *CREATIVE STYLE FURNITURE<br>123146067183324_177092 | HOUSTON | TX | $559.12 |
| 10/10/24 | WILLIAMS-SONOMA CATALOG<br>HOME FURNISH | 800-541-1262 | CA | $514.26 |
| 10/10/24 | NEGATIVEUND<br>6313168641 | 6313168641 | NY | $270.01 |
| 10/11/24 | UBER EATS<br>VS6WKGG2 94103 | HTTPS://HELP.UBER.COM | CA | $44.56 |
| 10/11/24 | BBJ LINENS 0741<br>800-722-0126 | NILES | IL | $3,286.33 |
| 10/13/24 | UBER EATS<br>O7W5Z5A7 94103 | help.uber.com | CA | $64.22 |
| 10/13/24 | VZWRLSS BILL PAY VE<br>BILL PAY | 800-922-0204 | FL | $140.39 |
| 10/14/24 | EXXONMOBIL 4793<br>713-529-1622 | HOUSTON | TX | $78.67 |
| 10/15/24 | MEETTIPPY<br>squareup.com/receipts | Houston | TX | $188.17 |
| 10/15/24 | ETOILLY AR* (5 OF 5 PA<br>+14155917768 | DALLAS | TX | $2,711.25 |
| 10/15/24 | ETOILLY ARTISTRY<br>squareup.com/receipts | Dallas | TX | $325.00 |
| 10/15/24 | STUDIO A SALON<br>COMPUTERS & EQUIPMENT | HOUSTON | TX | $751.90 |
| 10/15/24 | STARBUCKS STORE 1029<br>FAST FOOD RESTAURANT | HOUSTON | TX | $24.52 |

EXHIBIT B

Continued on next page

 **American Express® Traditional Gold Card**

p. 13/15

CHARLES L FRIDGE III
Closing Date 11/08/24

Account Ending 7008

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 10/16/24 | BONA DEA ARTS<br>squareup.com/receipts | Houston | TX | $3,247.50 |
| 10/16/24 | TST* PACIFIC COAST TACOS 00015293<br>RESTAURANT | HOUSTON | TX | $52.21 |
| 10/17/24 | NALO SPA & BEAUTY<br>squareup.com/receipts | Houston | TX | $54.00 |

## Fees

| | | | Amount |
|---|---|---|---|
| 11/03/24 | CHARLES L FRIDGE III | Late Payment Fee | $40.00 |
| **Total Fees for this Period** | | | **$40.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $279.48 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual<br>Percentage<br>Rate | Balance<br>Subject to<br>Interest Rate | Interest<br>Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time | 09/28/2023 | | 26.49% (v) | $0.00 | $0.00 |
| Cash Advances | 05/01/2019 | | 29.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |
| (v) Variable Rate | | | | | |

EXHIBIT B

**American Express® Traditional Gold Card**

p. 1/5

CHARLES L FRIDGE III
Closing Date 12/09/24
Account Ending ▮7008

Customer Care: 1-800-327-2177
TTY: Use Relay 711
Website: americanexpress.com

| New Balance | $57,908.41 |
|---|---|
| Includes the past due amount of $57,868.41 | |
| **Payment Due Date** | **01/03/25** |

**Membership Rewards® Points**
Available and Pending as of 10/31/24

**42,893**

For up to date point balance and full program details, visit **membershiprewards.com**

**Late Payment Warning:** If we do not receive your payment by the Payment Due Date of 01/03/25, you may have to pay a late fee of up to $40.00.

↪ See page 2 for important information about your account.

▽ Your account is past due.

↪ Please refer to the **IMPORTANT NOTICES** section.

↪ For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

ⓘ Please note, your preset spending limit is $43,500.00. You have spent $57,908.41.

MEMBERSHIP rewards® Because your payment was received late, you may have forfeited Membership Rewards® points. Please visit our website at **www.membershiprewards.com/terms** or call **1-800-AXP-EARN** (297-3276) for more information or to reinstate points. There is a $35.00 fee for each month of points you want to reinstate.

## Account Summary

**Pay In Full**

| | |
|---|---|
| Previous Balance | $57,868.41 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| New Balance = | $57,908.41 |

**Pay Over Time and/or Cash Advance**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $0.00 |
| Minimum Due | $0.00 |

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$57,868.41** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$57,908.41** |

| **Pay Over Time Limit** | $35,000.00 |
|---|---|
| **Available Pay Over Time Limit** | $35,000.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending** ▮008

Enter 15 digit account # on all payments.
Make check payable to American Express.

CHARLES L FRIDGE III
3000 SMITH ST
STE 1
HOUSTON TX 77006-3440

Payment Due Date
**01/03/25**

Amount Due
**$57,908.41**

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

See reverse side for instructions on how to update your address, phone number, or email.

EXHIBIT B



**American Express® Traditional Gold Card**

p. 3/5

CHARLES L FRIDGE III
Closing Date 12/09/24

Account Ending ▮7008



| **Customer Care & Billing Inquiries** | **1-800-528-4800** |
|---|---|
| International Collect | 1-336-393-1111 |
| Lost or Stolen Card | 1-800-992-3404 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-528-4800** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-528-4800**

**Website: americanexpress.com**

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

---

## Fees

| | **Amount** |
|---|---|
| 12/03/24   Late Payment Fee | $40.00 |
| **Total Fees for this Period** | **$40.00** |

---

## Interest Charged

| | **Amount** |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

---

## 2024 Fees and Interest Totals Year-to-Date

| | **Amount** |
|---|---|
| Total Fees in 2024 | $319.48 |
| Total Interest in 2024 | $0.00 |
| | |

---

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | **From** | **To** | | | |
| Pay Over Time | 09/28/2023 | | 26.49% (v) | $0.00 | $0.00 |
| Cash Advances | 05/01/2019 | | 29.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |
| (v) Variable Rate | | | | | |

EXHIBIT B

**American Express National Bank**

**c/o Becket and Lee LLP**
**Attorneys/Agent for Creditor**

**PO Box 3001**
 **Malvern , PA 19355-0701**

| Bankruptcy Information | |
|---|---|
| Case Number: | 24-35056 |
| District: | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |
| Chapter: | 11 |
| Petition Date: | 10/30/2024 |
| Debtor(s) Name: | CHARLES LITTLETON FRIDGE III |

| Claim Balance Itemization | |
|---|---|
| Debtor(s) Name: | CHARLES FRIDGE |
| Debtor(s) SSN: | ***-**-7008 |
| Debtor Address: | 3000 SMITH ST<br>STE 1<br>HOUSTON, TX 77006 |
| Account Number: | **********7008 |
| Name of entity from whom the creditor purchased the account : N/A | |
| Name of entity to whom the debt was owed at the time of the last transaction by the account holder: American Express | |
| Account Type: | CREDIT CARD |
| Open Date: | 04/22/2013 |
| Charge Off Date: | 12/2024 |
| Last Payment Date: | 10/2024 |
| Last Transaction Date: | 10/2024 |
| Principal: | $66,598.41 |
| Interest: | $0.00 |
| Fees: | $0.00 |
| Total: | $66,598.41 |
| The attached statement(s) of account was generated from the American Express billing system and reflects the current pre-petition balance. The statement(s) may not have been sent to the debtor. | |

EXHIBIT B