9/24/2024 3:12 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 92397751
By: Sandra Castillo
Filed: 9/24/2024 3:12 PM

No. **2021-06778**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| DANIELLE L. FRIDGE | § | |
| and | § | HARRIS COUNTY, TEXAS |
| CHARLES L. FRIDGE, III and | § | |
| IN THE INTEREST OF C. L. F., IV, | § | |
| C. L. F. and C. L. F., CHILDREN | § | 245TH JUDICIAL DISTRICT |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Respondent by and through their attorney(s) of record: **Bobby K. Newman (Bobby K. Newman, PC)**

You will please take notice that twenty-four (24) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

**Amegy Bank National Association (Bank)**

before a Notary Public for          **Champion Records Service, LLC**
                                     **9039 Katy Freeway, Suite 336**
                                     **Houston, TX 77024**
                                     **877-290-4224   Fax 877-825-0789**

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court.  Notice is further given that request is hereby made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

**See Scope of Subpoena**

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

                                     /S/ **John E. Van Ness**
                                     **John E. Van Ness**
                                     **Lilly & Van Ness, L.L.P.**
                                     **3355 W Alabama Street, Suite 600**
                                     **Houston, TX 77098**
                                     **713-966-4444   Fax 713-966-4466**
                                     Attorney for Petitioner
                                     SBA# 00792890
                                     Email: Service@LVFirm.com

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated:  September 24, 2024                    by *John E. Van Ness*

                                     by permission:

Order No.  **28739**                    EXHIBIT A

## DEPOSITION SUBPOENA TO TESTIFY OR PRODUCE DOCUMENTS OR THINGS
### THE  STATE  OF  TEXAS

To any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under  RULE 176 OF TEXAS RULES OF CIVIL PROCEDURE. - GREETINGS -

You are hereby commanded to subpoena and summon the following witness(es):

Custodian of Records for:

**Amegy Bank National Association**
**c/o Its Registered Agent,**
**Corporation Service Company d/b/a CSC- Lawyers Inc.**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701     800-601-9582 opt.2**

Or wherever they can be found to be and appear before a Notary Public of my designation for:

**Champion Records Service, LLC     877-290-4224**
**9039 Katy Freeway, Suite 336, Houston, TX 77024**

or its designated agent, on **10/25/2024**, at **10 a.m.**, at the office of the custodian and there under oath to make answers of certain written questions to be propounded to the witness and to bring and produce for inspection and photocopying

**Any and all records, including but not limited to applications, itemized statement, copies of checks, complete list of deposits, complete list of withdrawals, contracts for safe deposit boxes, promissory notes, loan agreements, signature cards, beneficiary designation forms and any other associated banking records for account in name of CCS Land Development LLC or Charles L. Fridge III, account numbers XXXXXXXXXX and XXXXXXXXXX or any other accounts opened in the name of CCS Land Development LLC or Charles L. Fridge III, from 01/01/2019 to present.**

and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access at any and all times whatsoever, then and there to give evidence at the instance of the **Petitioner**, **Danielle L. Fridge**, represented by **John E. Van Ness**, Attorney of Record, in that Certain Cause No. **2021-06778**, pending on the docket of the **District Court of the 245th Judicial District of Harris County, Texas**.

This Subpoena is issued under and by virtue of Rule 200 and Notice of Deposition Upon Written Questions on file with the above named court, styled

**IN THE MATTER OF**
**THE MARRIAGE OF**
**DANIELLE L. FRIDGE**
**and**
**CHARLES L. FRIDGE, III and**
**IN THE INTEREST OF C. L. F., IV,**
**C. L. F. and C. L. F., CHILDREN**

and there remain from day to day and time to time until discharged according to law.

### WITNESS MY HAND THIS **24th** day of **September**, **2024**.



_____
NOTARY PUBLIC

**176.8 Enforcement of Subpoena**. (a) *Contempt*. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

### OFFICER'S  RETURN

Came to hand this _____ day of _____, 20____, and executed this the _____ day of _____, 20____, in the following manner:  By delivering to the witness _____, a true copy hereof. A $_____ witness fee was tendered at time of the serve.

Returned this _____ day of _____, 20____.

_____
PROCESS SERVER

Order No.  28739.001

No.  **2021-06778**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| DANIELLE L. FRIDGE | § | |
| and | § | HARRIS COUNTY, TEXAS |
| CHARLES L. FRIDGE, III and | § | |
| IN THE INTEREST OF C. L. F., IV, | § | |
| C. L. F. and C. L. F., CHILDREN | § | 245TH JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  **Amegy Bank National Association**

Records Pertaining To: **See Scope of Subpoena**

Type of Records: **Any and all records, including but not limited to applications, itemized statement, copies of checks, complete list of deposits, complete list of withdrawals, contracts for safe deposit boxes, promissory notes, loan agreements, signature cards, beneficiary designation forms and any other associated banking records for account in name of CCS Land Development LLC or Charles L. Fridge III, account numbers XXXXXXXXX and XXXXXXXXXX or any other accounts opened in the name of CCS Land Development LLC or Charles L. Fridge III, from 01/01/2019 to present.**

1. Please state your full name and telephone number.

   Name: _____

   Phone Number: _____

2. Please state by whom you are employed and the business address.

   Employer: _____

   Address: _____

3. What is the title of your position or job?

   Answer: _____

4. Are you the custodian of records for this entity?

   Answer: _____

5. Are these memoranda, reports, records, or data compilations, outlined in the subpoena duces tecum, pertaining to the above-named entity, in your custody or subject to your control, supervision or direction?

   Answer: _____

6. Are you able to identify these aforementioned records as the originals or true and correct copies of the originals?

   Answer: _____

Order No. **28739.001**

7.  Please hand to the Officer taking this deposition copies of the memoranda, reports, records, or data compilations, mentioned in Question No. 5.  Have you complied?  If not, why?

Answer: _____

8.  Are the copies which you have handed to the Officer taking this deposition true and correct copies of such memoranda, reports, records, or data compilations?

Answer: _____

9.  Were such memoranda, reports, records, or data compilations kept in the regular course of business of this facility?

Answer: _____

10. Was it in the regular course of business of this facility for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record?

Answer: _____

11. Were the entries on these records made at or shortly after the time of the transaction recorded?

Answer: _____

12. What is the retention period of these types of records?

Answer: _____

13. Was the method of preparation of these records trustworthy?

Answer: _____

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 92397751
Filing Code Description: Notice
Filing Description: Notice Deposition Written Questions 28739.001
Status as of 9/24/2024 3:38 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alan Daughtry | 793583 | alan@alandaughtrylaw.com | 9/24/2024 3:12:57 PM | SENT |
| Jeff Diamant - Service | | service@jeffdiamantlaw.com | 9/24/2024 3:12:57 PM | SENT |
| Joseph Indelicato | 10389400 | jindelicatolaw@indelicato.com | 9/24/2024 3:12:57 PM | SENT |
| Bobby Newman | 791347 | bknservice@bobbyknewman.com | 9/24/2024 3:12:57 PM | SENT |
| TJ Mitchell | | tj@LVfirm.com | 9/24/2024 3:12:57 PM | SENT |
| John E.Van Ness | | Service@LVFirm.com | 9/24/2024 3:12:57 PM | SENT |
| Claire  ElizabethRogers | | claire@lvfirm.com | 9/24/2024 3:12:57 PM | SENT |
| Wesley Ward | | hcdocket@hope-causey.com | 9/24/2024 3:12:57 PM | SENT |
| Michael Poynter | | mpoynter@vargolawfirm.com | 9/24/2024 3:12:57 PM | SENT |
| Travis Vargo | | tvargo@vargolawfirm.com | 9/24/2024 3:12:57 PM | SENT |

9/30/2024 2:36 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 92607170
By: Sandra Castillo
Filed: 9/30/2024 2:36 PM

No. **2021-06778**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| DANIELLE L. FRIDGE | § | |
| and | § | HARRIS COUNTY, TEXAS |
| CHARLES L. FRIDGE, III and | § | |
| IN THE INTEREST OF C. L. F., IV, | § | |
| C. L. F. and C. L. F., CHILDREN | § | 245TH JUDICIAL DISTRICT |

### NOTICE OF INTENTION
### TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Respondent by and through their attorney(s) of record: **Bobby K. Newman (Bobby K. Newman, PC)**

You will please take notice that twenty (20) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

**NextFund (Business)**

before a Notary Public for    **Champion Records Service, LLC**
    **9039 Katy Freeway, Suite 336**
    **Houston, TX 77024**
    **877-290-4224   Fax 877-825-0789**

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court.  Notice is further given that request is hereby made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

**See Attached Exhibit "A"**

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

/S/ **John E. Van Ness**
**John E. Van Ness**
SBA #00792890
Email: Service@LVFirm.com
**Ashley M. Murski**
SBA # 24086818
Email: ashley@lvfirm.com
**Lilly & Van Ness, L.L.P.**
**3355 W Alabama Street, Suite 600**
**Houston, TX 77098**
**713-966-4444   Fax 713-966-4466**
Attorneys for Petitioner

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated:  September 30, 2024                    by *John E. Van Ness*

by permission:

## DEPOSITION SUBPOENA TO TESTIFY OR PRODUCE DOCUMENTS OR THINGS
### THE STATE OF TEXAS

To any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under   RULE 176 OF TEXAS RULES OF CIVIL PROCEDURE. - GREETINGS -

You are hereby commanded to subpoena and summon the following witness(es):

Custodian of Records for:

**NextFund**
**6771 Professional Pkwy. W., Ste. 202**
**Sarasota, FL 34240    941-888-4541**

to be and appear before a Notary Public of my designation for

**Champion Records Service, LLC    877-290-4224**
**9039 Katy Freeway, Suite 336, Houston, TX 77024**

or its designated agent, on   **10/25/2024**, at **10 a.m.**, at the office of the custodian and there under oath to make answers of certain written questions to be propounded to the witness and to bring and produce for inspection and photocopying

       **Any and all records and/or documents outlined in the attached "Exhibit A-NextFund" in the custodian's control, custody or possession**

and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to the attached Exhibit "A", at any and all times whatsoever, then and there to give evidence at the instance of the **Petitioner**, **Danielle L. Fridge**, represented by **John E. Van Ness**, Attorney of Record, in that Certain Cause No. **2021-06778**, pending on the docket of the **District Court of the 245th Judicial District of Harris County,** Texas.

This Subpoena is issued under and by virtue of Rule 200 and Notice of Deposition Upon Written Questions on file with the above named court, styled

**IN THE MATTER OF**
**THE MARRIAGE OF**
**DANIELLE L. FRIDGE**
**and**
**CHARLES L. FRIDGE, III and**
**IN THE INTEREST OF C. L. F., IV,**
**C. L. F. and C. L. F., CHILDREN**



and there remain from day to day and time to time until discharged according to law.

## WITNESS MY HAND THIS <u>30th</u> day of <u>September</u>, <u>2024</u>.



                        _____
                        NOTARY PUBLIC

**176.8 Enforcement of Subpoena**. (a) *Contempt*.  Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

### OFFICER'S   RETURN

Came to hand this _____ day of _____, 20_____, and executed this the _____ day of _____, 20_____, in the following manner:  By delivering to the witness _____, a true copy hereof. A $_____ witness fee was tendered at the time of the serve.

Returned this _____ day of _____, 20_____.

                        _____
                        PROCESS SERVER

Order No.  19265.025

No.  **2021-06778**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| DANIELLE L. FRIDGE | § | |
| and | § | HARRIS COUNTY, TEXAS |
| CHARLES L. FRIDGE, III and | § | |
| IN THE INTEREST OF C. L. F., IV, | § | |
| C. L. F. and C. L. F., CHILDREN | § | 245TH JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  **NextFund**
Records Pertaining To: **See Attached Exhibit "A"**
Type of Records:  **Any and all records and/or documents outlined in the attached "Exhibit A-NextFund" in the custodian's control, custody or possession**

1.  Please state your full name and phone number.

   Name: _____

   Phone nu mber: _____

2.  Please state by whom you are employed and the business address.

   Employed: _____

   Address:  _____

3.  What is the title of your position or job?

   Answer: _____

4.  Are you the custodian of records for the business records for this entity?

   Answer: _____

5.  Are these memorandum, reports, records, or data compilations, outlined in the subpoena duces tecum, pertaining to the above-named person, in your custody or subject to your control, supervision or direction?

   Answer: _____

6.  Are you able to identify these aforementioned records as the originals or true copies of the originals?

   Answer: _____

Order No. **19265.025**

7.  Please hand to the Officer taking this deposition copies of the memoranda, reports, records, or data compilations mentioned in Question No. 5.  Have you done so?  If not, why?

Answer: _____

8.  Are the copies which you handed to the Officer taking this deposition true and correct copies of all such memoranda, reports, records, or data compilations?

Answer: _____

9.  Were such memoranda, reports, records, or data compilations kept in the regular course of business of this entity?

Answer: _____

10.  Have you turned over all records as listed under Number 1 of the attached Exhibit A?  If not, please explain why not.

Answer: _____

11.  Have you turned over all records as listed under Number 2 of the attached Exhibit A?  If not, please explain why not.

Answer: _____

12.  Have you turned over all records as listed under Number 3 of the attached Exhibit A?  If not, please explain why not.

Answer: _____

13.  Have you turned over all records as listed under Number 4 of the attached Exhibit A?  If not, please explain why not.

Answer: _____

14.  Have you turned over all records as listed under Number 5 of the attached Exhibit A?  If not, please explain why not.

Answer: _____

15.  Have you turned over all records as listed under Number 6 of the attached Exhibit A?  If not, please explain why not.

Answer: _____

16.  Have you turned over all records as listed under Number 7 of the attached Exhibit A?  If not, please explain why not.

Answer: _____

17.  Have you turned over all records as listed under Number 8 of the attached Exhibit A?  If not, please explain why not.

Answer: _____

Order No. **19265.025**

18. Have you turned over all records as listed under Number 9 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

19. Have you turned over all records as listed under Number 10 of the attached Exhibit A? If not, please explain why not.

    Answer: _____

20. Have you turned over all records as listed under Number 11 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

21. Have you turned over all records as listed under Number 12 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

22. Have you turned over all records as listed under Number 13 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

23. Have you turned over all records as listed under Number 14 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

24. Have you turned over all records as listed under Number 15 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

25. Have you turned over all records as listed under Number 16 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

26. Have you turned over all records as listed under Number 17 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

27. Have you turned over all records as listed under Number 18 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

28. Have you turned over all records as listed under Number 19 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

29. What is the retention period of these types of records?

    Answer: _____

Order No. **19265.025**

30. Please state whether or not it was the regular course of business of the above mentioned entity for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record.

Answer: _____

31. Were the entries on these memoranda, reports, records, or data compilations, made at or shortly after the time of the transaction recorded on these entries?

Answer:_____

32. Was the method of preparation of these records trustworthy?

Answer: _____


_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.


_____
NOTARY PUBLIC

My Commission Expires: _____

# Exhibit A – NextFund

Produce the following documents relating to Verde $Co_2$ and Charles Littleton Fridge III:

1. All correspondence and communications between any employee or representative of Verde $Co_2$ and NextFund, including but not limited to all emails and letters received from such individuals;
2. All correspondence and communications between Charles Littleton Fridge III and NextFund, including but not limited to all emails and letters between same;
3. All attachments to any correspondence received by NextFund from any employee or representative of Verde $Co_2$;
4. All attachments to any correspondence received by NextFund from Charles Littleton Fridge III via email or other electronic means;
5. Copies of any term sheets provided by Verde $Co_2$ or Charles Littleton Fridge III;
6. Copies of any offers provided by Verde $Co_2$ or Charles Littleton Fridge III in relation to its Raywood lease;
7. Copies of any cash flow models provided by Verde $Co_2$ or Charles Littleton Fridge III;
8. Copies of any appraisals provided by Verde $Co_2$ or Charles Littleton Fridge III;
9. Copies of any valuations of Verde $Co_2$'s Raywood lease;
10. Copies of any valuations of Verde $Co_2$'s assets;
11. Copies of any agreements provided by Verde $Co_2$ or Charles Littleton Fridge III;
12. Copies of any investor presentations received from Verde $Co_2$;
13. Copies of any management presentations received from Verde $Co_2$;
14. A copy of any document and materials contained in the data room for Verde $Co_2$;
15. A copy of any document provided by Verde $Co_2$ to NextFund;
16. All correspondence and communications between NextFund and any third party regarding Verde $Co_2$, specifically regarding valuations, offers to purchase, assets, and investments relating to Verde $Co_2$;
17. A copy of any proposed or pending equity transactions provided by Verde $Co_2$ to NextFund;
18. A copy of any roster of company assets provided by Verde $Co_2$ to NextFund;
19. Any and all financial statements provided to NextFund from Verde $Co_2$ or Charles Littleton Fridge III.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 92607170
Filing Code Description: Notice
Filing Description: Notice Deposition Written Questions 19265.025
Status as of 9/30/2024 3:47 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alan Daughtry | 793583 | alan@alandaughtrylaw.com | 9/30/2024 2:36:03 PM | SENT |
| Jeff Diamant - Service | | service@jeffdiamantlaw.com | 9/30/2024 2:36:03 PM | SENT |
| Joseph Indelicato | 10389400 | jindelicatolaw@indelicato.com | 9/30/2024 2:36:03 PM | SENT |
| Bobby Newman | 791347 | bknservice@bobbyknewman.com | 9/30/2024 2:36:03 PM | SENT |
| TJ Mitchell | | tj@LVfirm.com | 9/30/2024 2:36:03 PM | SENT |
| John E.Van Ness | | Service@LVFirm.com | 9/30/2024 2:36:03 PM | SENT |
| Claire  ElizabethRogers | | claire@lvfirm.com | 9/30/2024 2:36:03 PM | SENT |
| Wesley Ward | | hcdocket@hope-causey.com | 9/30/2024 2:36:03 PM | SENT |
| Michael Poynter | | mpoynter@vargolawfirm.com | 9/30/2024 2:36:03 PM | SENT |
| Travis Vargo | | tvargo@vargolawfirm.com | 9/30/2024 2:36:03 PM | SENT |

10/11/2024 9:38 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 93058543
By: Sandra Castillo
Filed: 10/11/2024 9:38 AM

No.  **2021-06778**

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| **DANIELLE L. FRIDGE** | § | |
| **and** | § | **HARRIS COUNTY, TEXAS** |
| **CHARLES L. FRIDGE, III and** | § | |
| **IN THE INTEREST OF C. L. F., IV,** | § | |
| **C. L. F. and C. L. F., CHILDREN** | § | **245TH JUDICIAL DISTRICT** |

## AMENDED NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Respondent by and through their attorney(s) of record: **Bobby K. Newman (Bobby K. Newman, PC)**

You will please take notice that twenty-four (24) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

**American Express Company (Bank)**

before a Notary Public for        **Champion Records Service, LLC**
                                                    **9039 Katy Freeway, Suite 336**
                                                    **Houston, TX 77024**
                                                    **877-290-4224   Fax 877-825-0789**

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court.  Notice is further given that request is hereby made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

**See Attached Exhibit "A"**

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

/S/ **John E. Van Ness**
**John E. Van Ness**
SBA# 00792890
Email: Service@LVFirm.com
**Ashley M. Murski**
SBA # 24086818
Email: ashley@lvfirm.com
**Lilly & Van Ness, L.L.P.**
**3355 W Alabama Street, Suite 600**
**Houston, TX 77098**
**713-966-4444   Fax 713-966-4466**
Attorneys for Petitioner

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated:  October 11, 2024                        by _John E. Van Ness_

                                                                by permission:

A Order No.  **19265**                              EXHIBIT A                              Page 14 of 53

## DEPOSITION SUBPOENA TO TESTIFY OR PRODUCE DOCUMENTS OR THINGS
### THE  STATE  OF  TEXAS

To any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under   RULE 176 OF TEXAS RULES OF CIVIL PROCEDURE. - GREETINGS -

You are hereby commanded to subpoena and summon the following witness(es):

Custodian of Records for:

    **American Express Company**
    **200 Vesey Street**
    **New York, NY 10285    888-257-7775**

to be and appear before a Notary Public of my designation for

    **Champion Records Service, LLC    877-290-4224**

    **9039 Katy Freeway, Suite 336, Houston, TX 77024**

or its designated agent, on  **11/11/2024**, at **10 a.m.**, at the office of the custodian and there under oath to make answers of certain written questions to be propounded to the witness and to bring and produce for inspection and photocopying

    **Any and all records and/or documents outlined in the attached "Exhibit A-American Express Company" in the custodian's control, custody or possession**

and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to the attached Exhibit "A", at any and all times whatsoever, then and there to give evidence at the instance of the **Petitioner**, **Danielle L. Fridge**, represented by **John E. Van Ness**, Attorney of Record, in that Certain Cause No. **2021-06778**, pending on the docket of the **District Court of the 245th Judicial District of Harris County,** Texas.

This Subpoena is issued under and by virtue of Rule 200 and Notice of Deposition Upon Written Questions on file with the above named court, styled

    **IN THE MATTER OF**
    **THE MARRIAGE OF**
    **DANIELLE L. FRIDGE**
    **and**
    **CHARLES L. FRIDGE, III and**
    **IN THE INTEREST OF C. L. F., IV,**
    **C. L. F. and C. L. F., CHILDREN**

and there remain from day to day and time to time until discharged according to law.

## WITNESS MY HAND THIS <u>11th</u> day of <u>October</u>, <u>2024</u>.



_____
NOTARY PUBLIC

**176.8 Enforcement of Subpoena**. (a) *Contempt*.  Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

### OFFICER'S  RETURN

Came to hand this _____ day of _____, 20____, and executed this the _____ day of _____, 20____, in the following manner:  By

delivering to the witness _____, a true copy hereof. A $_____ witness fee was tendered at the time of the serve.

Returned this _____ day of _____, 20____.

_____
PROCESS SERVER

A Order No.  19265.021

No.  **2021-06778**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| DANIELLE L. FRIDGE | § | |
| and | § | HARRIS COUNTY, TEXAS |
| CHARLES L. FRIDGE, III and | § | |
| IN THE INTEREST OF C. L. F., IV, | § | |
| C. L. F. and C. L. F., CHILDREN | § | 245TH JUDICIAL DISTRICT |

### DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  **American Express Company**
Records Pertaining To: **See Attached Exhibit "A"**
Type of Records:  **Any and all records and/or documents outlined in the attached "Exhibit A-American Express Company" in the custodian's control, custody or possession**


1.   Please state your full name.

   Answer: _____


2.   Please state by whom you are employed and the business address.

   Employed: _____

   Address:  _____


3.   What is the title of your position or job?

   Answer: _____


4.   Are you the custodian of records for the business records for this entity?

   Answer: _____


5.   Are these memorandum, reports, records, or data compilations, outlined in the subpoena duces tecum, pertaining to the above-named person, in your custody or subject to your control, supervision or direction?

   Answer: _____


6.   Are you able to identify these aforementioned records as the originals or true copies of the originals?

   Answer: _____


A Order No. **19265.021**

7.  Please hand to the Officer taking this deposition copies of the memoranda, reports, records, or data compilations mentioned in Question No. 5.  Have you done so?  If not, why?

    Answer: _____

8.  Are the copies which you handed to the Officer taking this deposition true and correct copies of all such memoranda, reports, records, or data compilations?

    Answer: _____

9.  Were such memoranda, reports, records, or data compilations kept in the regular course of business of this entity?

    Answer: _____

10. Have you turned over all records as listed under Number 1 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

11. Have you turned over all records as listed under Number 2 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

12. What is the retention period of these types of records?

    Answer: _____

13. Please state whether or not it was the regular course of business of the above mentioned entity for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record.

    Answer: _____

14. Were the entries on these memoranda, reports, records, or data compilations, made at or shortly after the time of the transaction recorded on these entries?

    Answer: _____

A Order No. **19265.021**

EXHIBIT A

15. Was the method of preparation of these records trustworthy?

Answer: _____

_____

WITNESS (Custodian of Records)


Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.


_____

NOTARY PUBLIC

My Commission Expires: _____

# Exhibit A - American Express Company

1. Any and all statements from American Express from 02/01/2022 to the present for any and all credits cards in the name of Charles L. Fridge III or Charles Little Fridge III, SSN XXX-XX-XXXX
2. Any and all statements from American Express from 02/01/2022 to the present for any and all credits cards in the name of any of the following entities:

- Verde CO2 CCS, LLC
- Verde Co2, LLC
- CLF Property, LLC
- Charles L. Fridge III, P.C.
- 3000 Smith GP, INC
- 3000 Smith, LTD.
- Fridge, Resendez & Wise, LLC
- BK Verde, LLC

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 93058543
Filing Code Description: No Fee Documents
Filing Description: Notice Deposition Written Questions Amend 19265.021
Status as of 10/11/2024 10:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alan Daughtry | 793583 | alan@alandaughtrylaw.com | 10/11/2024 9:38:01 AM | SENT |
| Joseph Indelicato | 10389400 | jindelicatolaw@indelicato.com | 10/11/2024 9:38:01 AM | SENT |
| Bobby Newman | 791347 | bknservice@bobbyknewman.com | 10/11/2024 9:38:01 AM | SENT |
| Jeff Diamant - Service | | service@jeffdiamantlaw.com | 10/11/2024 9:38:01 AM | SENT |
| TJ Mitchell | | tj@LVfirm.com | 10/11/2024 9:38:01 AM | SENT |
| John E.Van Ness | | Service@LVFirm.com | 10/11/2024 9:38:01 AM | SENT |
| Claire  ElizabethRogers | | claire@lvfirm.com | 10/11/2024 9:38:01 AM | SENT |
| Wesley Ward | | hcdocket@hope-causey.com | 10/11/2024 9:38:01 AM | SENT |
| Michael Poynter | | mpoynter@vargolawfirm.com | 10/11/2024 9:38:01 AM | SENT |
| Travis Vargo | | tvargo@vargolawfirm.com | 10/11/2024 9:38:01 AM | SENT |

10/25/2024 10:15 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 93568467
By: Sandra Castillo
Filed: 10/25/2024 10:15 AM

No.  **2021-06778**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| DANIELLE L. FRIDGE | § | |
| and | § | HARRIS COUNTY, TEXAS |
| CHARLES L. FRIDGE, III and | § | |
| IN THE INTEREST OF C. L. F., IV, | § | |
| C. L. F. and C. L. F., CHILDREN | § | 245TH JUDICIAL DISTRICT |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Respondent by and through their attorney(s) of record: **Bobby K. Newman (Bobby K. Newman, PC)**
To other party/parties by and through their attorney(s) of record: **Travis B. Vargo (Vargo Law Firm, PC)**

You will please take notice that twenty (20) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

**See Attached Location List "A"**

before a Notary Public for     **Champion Records Service, LLC**
                               **9039 Katy Freeway, Suite 336**
                               **Houston, TX 77024**
                               **877-290-4224   Fax 877-825-0789**

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court.  Notice is further given that request is hereby made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

**See Attached Exhibit "A"**

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

**Ashley M. Murski**
**Lilly & Van Ness, L.L.P.**
**3355 W Alabama Street, Suite 600**
**Houston, TX 77098**
**713-966-4444 Fax: 713-966-4466**
Attorney for Petitioner
SBA #  24086818
Email: ashley@lvfirm.com

**John E. Van Ness**
**Lilly & Van Ness, L.L.P.**
**3355 W Alabama Street, Suite 600**
**Houston, TX 77098**
**713-966-4444   Fax 713-966-4466**
Attorney for Petitioner
SBA # 00792890
Email: Service@LVFirm.com

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated:  October 25, 2024                    by *John E. Van Ness*

                                            by permission:

Order No.  **19265**                    EXHIBIT A                    Page 21 of 53

# LOCATION LIST A

**Bows and Arrows Flowers (Business)**
**Preisler Productions LLC (Business)**
**Chris Bailey Photography (Business)**
**31 Films, L.L.C. (Business)**
**ACE Endeavors, Inc. (Business)**
**Etoilly Artistry LLC (Business)**

---

## DEPOSITION SUBPOENA TO TESTIFY OR PRODUCE DOCUMENTS OR THINGS
### THE  STATE  OF  TEXAS

To any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under  RULE 176 OF TEXAS RULES OF CIVIL PROCEDURE. - GREETINGS -

You are hereby commanded to subpoena and summon the following witness(es):
Custodian of Records for:

**Bows and Arrows Flowers**
**c/o Its Registered Agent,**
**Adam Rico**
**4908 Bryan Street**
**Dallas, TX 75206    214-828-2697**

to be and appear before a Notary Public of my designation for

**Champion Records Service, LLC    877-290-4224**
**9039 Katy Freeway, Suite 336, Houston, TX 77024**

or its designated agent, on  **11/19/2024**, at **10 a.m.**, at the office of the custodian and there under oath to make answers of certain written questions to be propounded to the witness and to bring and produce for inspection and photocopying

**Any and all records and/or documents outlined in the attached "Exhibit A-Bows and Arrows Flowers" in the custodian's control, custody or possession**

and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to the attached Exhibit "A", at any and all times whatsoever, then and there to give evidence at the instance of the **Petitioner**, **Danielle L. Fridge**, represented by **John E. Van Ness**, Attorney of Record, in that Certain Cause No. **2021-06778**, pending on the docket of the **District Court of the 245th Judicial District of Harris County,** Texas.

This Subpoena is issued under and by virtue of Rule 200 and Notice of Deposition Upon Written Questions on file with the above named court, styled

**IN THE MATTER OF**
**THE MARRIAGE OF**
**DANIELLE L. FRIDGE**
**and**
**CHARLES L. FRIDGE, III and**
**IN THE INTEREST OF C. L. F., IV,**
**C. L. F. and C. L. F., CHILDREN**



and there remain from day to day and time to time until discharged according to law.

## WITNESS MY HAND THIS **25th**  day of **October**, **2024**.

_____
NOTARY PUBLIC

**176.8 Enforcement of Subpoena**. (a) *Contempt*.  Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

## OFFICER'S  RETURN

Came to hand this _____ day of _____, 20____, and executed this the _____ day of _____, 20____, in the following manner:  By delivering to the witness _____, a true copy hereof. A $_____ witness fee was tendered at the time of the serve.

Returned this _____ day of _____, 20____.

_____
PROCESS SERVER

Order No.  19265.028

No.  **2021-06778**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| DANIELLE L. FRIDGE | § | |
| and | § | HARRIS COUNTY, TEXAS |
| CHARLES L. FRIDGE, III and | § | |
| IN THE INTEREST OF C. L. F., IV, | § | |
| C. L. F. and C. L. F., CHILDREN | § | 245TH JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  **Bows and Arrows Flowers**
Records Pertaining To: **Any and all records and/or documents outlined in the attached "Exhibit A-Bows and Arrows Flowers" in the custodian's control, custody or possession**

1.  Please state your full name and phone number.

    Answer: _____

    Phone Number: _____

2.  Please state by whom you are employed and the business address.

    Employed: _____

    Address: _____

3.  What is the title of your position or job?

    Answer: _____

4.  Are you a/the custodian of records for Bows and Arrows Flowers?

    Answer: _____

5.  Are the records, documents, memorandum, reports, records, and data compilations, outlined in the attached Exhibit A, in your custody or subject to your control, supervision or direction?

    Answer: _____

6.  Are you able to identify the aforementioned records as the originals or true copies of the originals?

    Answer: _____

7.  Please hand to the Officer taking this deposition, copies of the records, documents, memorandum, reports, records, and data compilations mentioned in Question No. 5.  Have you done so?  If not, why?

    Answer: _____

Order No. **19265.028**

8.  Are the copies which you handed to the Officer taking this deposition, true and correct copies of all such records, documents, memorandum, reports, records, and data compilations?

    Answer: _____

9.  Were such records, documents, memorandum, reports, records, and data compilations kept in the regular course of business by Bows and Arrows Flowers?

    Answer: _____

10. Have you turned over all records as listed under Number 1 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

11. Have you turned over all records as listed under Number 2 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

12. Have you turned over all records as listed under Number 3 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

13. Have you turned over all records as listed under Number 4 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

14. Have you turned over all records as listed under Number 5 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

15. Have you turned over all records as listed under Number 6 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

16. Have you turned over all records as listed under Number 7 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

17. What is the retention period of records of this nature by Bows and Arrows Flowers?

    Answer: _____

18. Was it in the regular course of business of Bows and Arrows Flowers for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record?

    Answer: _____

Order No. **19265.028**

19. Were the entries on the records, documents, memorandum, reports, records, and data compilations made at, or shortly after, the time of the transaction recorded on these entries?

Answer:_____

20. Was the method of preparation of these records trustworthy?

Answer: _____


_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.


_____
NOTARY PUBLIC

My Commission Expires: _____

## **Exhibit A - Bows and Arrows Flowers**

Please produce the following documents relating to the event(s) hosted by Emily Daggett and Charles Fridge in The Bahamas during the week of October 21, 2024 – October 27, 2024:

1. Contract executed between Bows and Arrows Flowers or any representative thereof and Charles Fridge, Emily Daggett, or any individual or entity on their behalf;

2. Records of all payments received from Charles Fridge, Emily Daggett, and/or any individual or entity on their behalf;

3. Records of any flights on behalf of Bows and Arrows Flowers to The Bahamas, including flights for any preparation prior to the week of October 21, 2024 (i.e. scouting visits);

4. Records of any accommodations of Bows and Arrows Flowers paid for by Emily Daggett and/or Charles Fridge, or any individual or entity on their behalf, for stays in The Bahamas;

5. A copy of any photographs or videos posted to any social media account of Bows and Arrows Flowers relating to the events in The Bahamas hosted by Emily Daggett and/or Charles Fridge;

6. All communications between Bows and Arrows Flowers or any representative thereof and Charles Fridge, Emily Daggett, and/or any other individuals on their behalf to specifically include Katy Preisler;

7. Any and all additional documents in possession of Bows and Arrows Flowers relating to the events hosted by Emily Daggett and/or Charles Fridge in The Bahamas.

## DEPOSITION SUBPOENA TO TESTIFY OR PRODUCE DOCUMENTS OR THINGS
### THE STATE OF TEXAS

To any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under **RULE 176 OF TEXAS RULES OF CIVIL PROCEDURE. - GREETINGS -**

You are hereby commanded to subpoena and summon the following witness(es):
Custodian of Records for:

**Preisler Productions LLC**
**c/o Its Registered Agent,**
**United States Corporation Agents, Inc.**
**10601 Clarence Drive, Ste. 250**
**Frisco, TX 75033    713-396-2558**

to be and appear before a Notary Public of my designation for

**Champion Records Service, LLC    877-290-4224**
**9039 Katy Freeway, Suite 336, Houston, TX 77024**

or its designated agent, on  **11/19/2024**, at **10 a.m.**, at the office of the custodian and there under oath to make answers of certain written questions to be propounded to the witness and to bring and produce for inspection and photocopying
**Any and all records and/or documents outlined in the attached "Exhibit A-Preisler Productions LLC" in the custodian's control, custody or possession**
and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to the attached Exhibit "A", at any and all times whatsoever, then and there to give evidence at the instance of the **Petitioner**, **Danielle L. Fridge**, represented by **John E. Van Ness**, Attorney of Record, in that Certain Cause No. **2021-06778**, pending on the docket of the **District Court of the 245th Judicial District of Harris County,** Texas.
This Subpoena is issued under and by virtue of Rule 200 and Notice of Deposition Upon Written Questions on file with the above named court, styled

**IN THE MATTER OF**
**THE MARRIAGE OF**
**DANIELLE L. FRIDGE**
**and**
**CHARLES L. FRIDGE, III and**
**IN THE INTEREST OF C. L. F., IV,**
**C. L. F. and C. L. F., CHILDREN**



and there remain from day to day and time to time until discharged according to law.

## WITNESS MY HAND THIS <u>25th</u> day of <u>October</u>, <u>2024</u>.

_____
NOTARY PUBLIC

**176.8 Enforcement of Subpoena**. (a) *Contempt*. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

### OFFICER'S RETURN

Came to hand this _____ day of _____, 20____, and executed this the _____ day of _____, 20____, in the following manner:  By delivering to the witness _____, a true copy hereof. A $_____ witness fee was tendered at the time of the serve.

Returned this _____ day of _____, 20____.

_____
PROCESS SERVER

Order No.  19265.029

No.  **2021-06778**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| DANIELLE L. FRIDGE | § | |
| and | § | HARRIS COUNTY, TEXAS |
| CHARLES L. FRIDGE, III and | § | |
| IN THE INTEREST OF C. L. F., IV, | § | |
| C. L. F. and C. L. F., CHILDREN | § | 245TH JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  **Preisler Productions LLC**
Records Pertaining To: **Any and all records and/or documents outlined in the attached "Exhibit A-Preisler Productions LLC" in the custodian's control, custody or possession**

1.  Please state your full name and phone number.

    Answer: _____

    Phone Number: _____

2.  Please state by whom you are employed and the business address.

    Employed: _____

    Address: _____

3.  What is the title of your position or job?

    Answer: _____

4.  Are you a/the custodian of records for Preisler Productions LLC?

    Answer: _____

5.  Are the records, documents, memorandum, reports, records, and data compilations, outlined in the attached Exhibit A, in your custody or subject to your control, supervision or direction?

    Answer: _____

6.  Are you able to identify the aforementioned records as the originals or true copies of the originals?

    Answer: _____

7.  Please hand to the Officer taking this deposition, copies of the records, documents, memorandum, reports, records, and data compilations mentioned in Question No. 5.  Have you done so?  If not, why?

    Answer: _____

Order No. **19265.029**

8.  Are the copies which you handed to the Officer taking this deposition, true and correct copies of all such records, documents, memorandum, reports, records, and data compilations?

    Answer: _____

9.  Were such records, documents, memorandum, reports, records, and data compilations kept in the regular course of business by Preisler Productions LLC?

    Answer: _____

10.  Have you turned over all records as listed under Number 1 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

11.  Have you turned over all records as listed under Number 2 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

12.  Have you turned over all records as listed under Number 3 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

13.  Have you turned over all records as listed under Number 4 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

14.  Have you turned over all records as listed under Number 5 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

15.  Have you turned over all records as listed under Number 6 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

16.  Have you turned over all records as listed under Number 7 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

17.  What is the retention period of records of this nature by Preisler Productions LLC?

    Answer: _____

18.  Was it in the regular course of business of Preisler Productions LLC for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record?

    Answer: _____

Order No. **19265.029**

EXHIBIT A

19.  Were the entries on the records, documents, memorandum, reports, records, and data compilations made at, or shortly after, the time of the transaction recorded on these entries?

Answer:_____

20.  Was the method of preparation of these records trustworthy?

Answer:_____


_____
WITNESS (Custodian of Records)

     Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

     SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.


_____
NOTARY PUBLIC

My Commission Expires: _____

Order No. **19265.029**

## <u>Exhibit A - Preisler Productions LLC</u>

Please produce the following documents relating to the event(s) hosted by Emily Daggett and Charles Fridge in The Bahamas during the week of October 21, 2024 – October 27, 2024:

1. Contract executed between Preisler Productions or any representative thereof and Charles Fridge, Emily Daggett, or any individual or entity on their behalf;

2. Records of all payments received from Charles Fridge, Emily Daggett, and/or any individual or entity on their behalf;

3. Records of any flights on behalf of Preisler Productions to The Bahamas, including flights for any preparation prior to the week of October 21, 2024 (i.e. scouting visits);

4. Records of any accommodations of Preisler Productions paid for by Emily Daggett and/or Charles Fridge, or any individual or entity on their behalf, for stays in The Bahamas;

5. A copy of any photographs or videos posted to any social media account of Preisler Productions and/or Katy Preisler, individually, relating to the events in The Bahamas hosted by Emily Daggett and/or Charles Fridge;

6. All communications between Preisler Productions, Katy Preisler, or any representative thereof and Charles Fridge, Emily Daggett, and/or any other individuals on their behalf;

7. Any and all additional documents in possession of Preisler Productions relating to the events hosted by Emily Daggett and/or Charles Fridge in The Bahamas.

## DEPOSITION SUBPOENA TO TESTIFY OR PRODUCE DOCUMENTS OR THINGS
### THE STATE OF TEXAS

To any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under   RULE 176 OF TEXAS RULES OF CIVIL PROCEDURE. - GREETINGS -

You are hereby commanded to subpoena and summon the following witness(es):
Custodian of Records for:

**Chris Bailey Photography**
**c/o Its Registered Agent,**
**Christopher Bailey**
**4809 Blossom Street**
**Houston, TX 77007    713-518-1452**

to be and appear before a Notary Public of my designation for

**Champion Records Service, LLC    877-290-4224**
**9039 Katy Freeway, Suite 336, Houston, TX 77024**

or its designated agent, on  **11/19/2024**, at **10 a.m.**, at the office of the custodian and there under oath to make answers of certain written questions to be propounded to the witness and to bring and produce for inspection and photocopying
**Any and all records and/or documents outlined in the attached "Exhibit A-Chris Bailey Photography" in the custodian's control, custody or possession**
and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to the attached Exhibit "A", at any and all times whatsoever, then and there to give evidence at the instance of the **Petitioner**, **Danielle L. Fridge**, represented by **John E. Van Ness**, Attorney of Record, in that Certain Cause No. **2021-06778**, pending on the docket of the **District Court of the 245th Judicial District of Harris County,** Texas.
This Subpoena is issued under and by virtue of Rule 200 and Notice of Deposition Upon Written Questions on file with the above named court, styled

**IN THE MATTER OF**
**THE MARRIAGE OF**
**DANIELLE L. FRIDGE**
**and**
**CHARLES L. FRIDGE, III and**
**IN THE INTEREST OF C. L. F., IV,**
**C. L. F. and C. L. F., CHILDREN**
and there remain from day to day and time to time until discharged according to law.



## WITNESS MY HAND THIS <u>25th</u> day of <u>October</u>, <u>2024</u>.

_____

NOTARY PUBLIC

**176.8 Enforcement of Subpoena**. (a) *Contempt*.  Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

### OFFICER'S RETURN

Came to hand this _____ day of _____, 20\_\_\_\_, and executed this the \_\_\_\_\_ day of _____, 20\_\_\_\_, in the following manner:  By delivering to the witness _____, a true copy hereof. A $_____ witness fee was tendered at the time of the serve.

Returned this _____ day of _____, 20\_\_\_\_.

_____
PROCESS SERVER

Order No.  19265.030

No.  **2021-06778**

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| **DANIELLE L. FRIDGE** | § | |
| **and** | § | **HARRIS COUNTY, TEXAS** |
| **CHARLES L. FRIDGE, III and** | § | |
| **IN THE INTEREST OF C. L. F., IV,** | § | |
| **C. L. F. and C. L. F., CHILDREN** | § | **245TH JUDICIAL DISTRICT** |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  **Chris Bailey Photography**

Records Pertaining To: **Any and all records and/or documents outlined in the attached "Exhibit A-Chris Bailey Photography" in the custodian's control, custody or possession**

1.   Please state your full name and phone number.

   Answer: _____

   Phone Number: _____

2.   Please state by whom you are employed and the business address.

   Employed: _____

   Address: _____

3.   What is the title of your position or job?

   Answer: _____

4.   Are you a/the custodian of records for Chris Bailey Photography?

   Answer: _____

5.   Are the records, documents, memorandum, reports, records, and data compilations, outlined in the attached Exhibit A, in your custody or subject to your control, supervision or direction?

   Answer: _____

6.   Are you able to identify the aforementioned records as the originals or true copies of the originals?

   Answer: _____

7.   Please hand to the Officer taking this deposition, copies of the records, documents, memorandum, reports, records, and data compilations mentioned in Question No. 5.  Have you done so?  If not, why?

   Answer: _____

Order No. **19265.030**

8.  Are the copies which you handed to the Officer taking this deposition, true and correct copies of all such records, documents, memorandum, reports, records, and data compilations?

    Answer: _____

9.  Were such records, documents, memorandum, reports, records, and data compilations kept in the regular course of business by Chris Bailey Photography?

    Answer: _____

10. Have you turned over all records as listed under Number 1 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

11. Have you turned over all records as listed under Number 2 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

12. Have you turned over all records as listed under Number 3 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

13. Have you turned over all records as listed under Number 4 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

14. Have you turned over all records as listed under Number 5 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

15. Have you turned over all records as listed under Number 6 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

16. Have you turned over all records as listed under Number 7 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

17. What is the retention period of records of this nature by Chris Bailey Photography?

    Answer: _____

18. Was it in the regular course of business of Chris Bailey Photography for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record?

    Answer: _____

Order No. **19265.030**

EXHIBIT A

19.  Were the entries on the records, documents, memorandum, reports, records, and data compilations made at, or shortly after, the time of the transaction recorded on these entries?

Answer:_____

20.  Was the method of preparation of these records trustworthy?

Answer: _____


_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.


_____
NOTARY PUBLIC

My Commission Expires: _____

## **Exhibit A - Chris Bailey Photography**

Please produce the following documents relating to the event(s) hosted by Emily Daggett and Charles Fridge in The Bahamas during the week of October 21, 2024 – October 27, 2024:

1. Contract executed between Chris Bailey Photography or any representative thereof and Charles Fridge, Emily Daggett, or any individual or entity on their behalf;

2. Records of all payments received from Charles Fridge, Emily Daggett, and/or any individual or entity on their behalf;

3. Records of any flights on behalf of Chris Bailey Photography to The Bahamas, including flights for any preparation prior to the week of October 21, 2024 (i.e. scouting visits);

4. Records of any accommodations of Chris Baily Photography paid for by Emily Daggett and/or Charles Fridge, or any individual or entity on their behalf, for stays in The Bahamas;

5. A copy of any photographs or videos posted to any social media account of Chris Bailey Photography relating to the events in The Bahamas hosted by Emily Daggett and/or Charles Fridge;

6. All communications between Chris Bailey Photography or any representative thereof and Charles Fridge, Emily Daggett, and/or any other individuals on their behalf to specifically include Katy Preisler;

7. Any and all additional documents in possession of Chris Bailey Photography relating to the events hosted by Emily Daggett and/or Charles Fridge in The Bahamas.

## DEPOSITION SUBPOENA TO TESTIFY OR PRODUCE DOCUMENTS OR THINGS
### THE  STATE  OF  TEXAS

To any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under   RULE 176 OF TEXAS RULES OF CIVIL PROCEDURE. - GREETINGS -

You are hereby commanded to subpoena and summon the following witness(es):

Custodian of Records for:

**31 Films, L.L.C.**
**c/o Its Registered Agent,**
**Joseph L. Mathews**
**10506 Fairview**
**Conroe, TX 77385    281-259-1220**

to be and appear before a Notary Public of my designation for

**Champion Records Service, LLC    877-290-4224**
**9039 Katy Freeway, Suite 336, Houston, TX 77024**

or its designated agent, on   **11/19/2024**, at **10 a.m.**, at the office of the custodian and there under oath to make answers of certain written questions to be propounded to the witness and to bring and produce for inspection and photocopying

**Any and all records and/or documents outlined in the attached "Exhibit A-31 Films, L.L.C." in the custodian's control, custody or possession**

and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to the attached Exhibit "A", at any and all times whatsoever, then and there to give evidence at the instance of the **Petitioner**, **Danielle L. Fridge**, represented by **John E. Van Ness**, Attorney of Record, in that Certain Cause No. **2021-06778**, pending on the docket of the **District Court of the 245th Judicial District of Harris County,** Texas.

This Subpoena is issued under and by virtue of Rule 200 and Notice of Deposition Upon Written Questions on file with the above named court, styled

**IN THE MATTER OF**
**THE MARRIAGE OF**
**DANIELLE L. FRIDGE**
**and**
**CHARLES L. FRIDGE, III and**
**IN THE INTEREST OF C. L. F., IV,**
**C. L. F. and C. L. F., CHILDREN**

and there remain from day to day and time to time until discharged according to law.



## WITNESS MY HAND THIS 25th day of October, 2024.



_____

NOTARY PUBLIC

**176.8 Enforcement of Subpoena**. (a) *Contempt*.  Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

## OFFICER'S  RETURN

Came to hand this _____ day of _____, 20____, and executed this the _____ day of _____, 20____, in the following manner:  By delivering to the witness _____, a true copy hereof. A $_____ witness fee was tendered at the time of the serve.

Returned this _____ day of _____, 20____.

_____
PROCESS SERVER

Order No.  19265.031

No.  **2021-06778**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| DANIELLE L. FRIDGE | § | |
| and | § | HARRIS COUNTY, TEXAS |
| CHARLES L. FRIDGE, III and | § | |
| IN THE INTEREST OF C. L. F., IV, | § | |
| C. L. F. and C. L. F., CHILDREN | § | 245TH JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  **31 Films, L.L.C.**

Records Pertaining To: **Any and all records and/or documents outlined in the attached "Exhibit A-31 Films, L.L.C." in the custodian's control, custody or possession**

1.  Please state your full name and phone number.

    Answer: _____

    Phone Number: _____

2.  Please state by whom you are employed and the business address.

    Employed: _____

    Address: _____

3.  What is the title of your position or job?

    Answer: _____

4.  Are you a/the custodian of records for 31 Films, L.L.C.?

    Answer: _____

5.  Are the records, documents, memorandum, reports, records, and data compilations, outlined in the attached Exhibit A, in your custody or subject to your control, supervision or direction?

    Answer: _____

6.  Are you able to identify the aforementioned records as the originals or true copies of the originals?

    Answer: _____

7.  Please hand to the Officer taking this deposition, copies of the records, documents, memorandum, reports, records, and data compilations mentioned in Question No. 5.  Have you done so?  If not, why?

    Answer: _____

Order No. **19265.031**

8.  Are the copies which you handed to the Officer taking this deposition, true and correct copies of all such records, documents, memorandum, reports, records, and data compilations?

    Answer: _____

9.  Were such records, documents, memorandum, reports, records, and data compilations kept in the regular course of business by 31 Films, L.L.C.?

    Answer: _____

10. Have you turned over all records as listed under Number 1 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

11. Have you turned over all records as listed under Number 2 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

12. Have you turned over all records as listed under Number 3 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

13. Have you turned over all records as listed under Number 4 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

14. Have you turned over all records as listed under Number 5 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

15. Have you turned over all records as listed under Number 6 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

16. Have you turned over all records as listed under Number 7 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

17. What is the retention period of records of this nature by 31 Films, L.L.C.?

    Answer: _____

18. Was it in the regular course of business of 31 Films, L.L.C. for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record?

    Answer: _____

Order No. **19265.031**

19.  Were the entries on the records, documents, memorandum, reports, records, and data compilations made at, or shortly after, the time of the transaction recorded on these entries?

Answer:_____

20.  Was the method of preparation of these records trustworthy?

Answer: _____


_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.


_____
NOTARY PUBLIC

My Commission Expires: _____

Order No. **19265.031**

## Exhibit A - 31 Films, L.L.C.

Please produce the following documents relating to the event(s) hosted by Emily Daggett and Charles Fridge in The Bahamas during the week of October 21, 2024 – October 27, 2024:

1. Contract executed between 31 Films or any representative thereof and Charles Fridge, Emily Daggett, or any individual or entity on their behalf;

2. Records of all payments received from Charles Fridge, Emily Daggett, and/or any individual or entity on their behalf;

3. Records of any flights on behalf of 31 Films to The Bahamas, including flights for any preparation prior to the week of October 21, 2024 (i.e. scouting visits);

4. Records of any accommodations paid for by Emily Daggett and/or Charles Fridge, or any individual or entity on their behalf, for stays in The Bahamas;

5. A copy of any photographs or videos posted to any social media account of 31 Films relating to the events in The Bahamas hosted by Emily Daggett and/or Charles Fridge;

6. All communications between 31 Films or any representative thereof and Charles Fridge, Emily Daggett, and/or any other individuals on their behalf to specifically include Katy Preisler;

7. Any and all additional documents in possession of 31 Films relating to the events hosted by Emily Daggett and/or Charles Fridge in The Bahamas.

## DEPOSITION SUBPOENA TO TESTIFY OR PRODUCE DOCUMENTS OR THINGS
### THE  STATE  OF  TEXAS

To any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under  RULE 176 OF TEXAS RULES OF CIVIL PROCEDURE. - GREETINGS -

You are hereby commanded to subpoena and summon the following witness(es):

Custodian of Records for:

**ACE Endeavors, Inc.**
**c/o Its Registered Agent,**
**Ann C. Eifler**
**3201 Allen Parkway, Suite 275**
**Houston, TX 77019    713-523-7004**

to be and appear before a Notary Public of my designation for

**Champion Records Service, LLC    877-290-4224**
**9039 Katy Freeway, Suite 336, Houston, TX 77024**

or its designated agent, on  **11/19/2024**, at **10 a.m.**, at the office of the custodian and there under oath to make answers of certain written questions to be propounded to the witness and to bring and produce for inspection and photocopying

  **Any and all records and/or documents outlined in the attached "Exhibit A-ACE Endeavors, Inc." in the custodian's control, custody or possession**

and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to the attached Exhibit "A", at any and all times whatsoever, then and there to give evidence at the instance of the **Petitioner**, **Danielle L. Fridge**, represented by **John E. Van Ness**, Attorney of Record, in that Certain Cause No. **2021-06778**, pending on the docket of the **District Court of the 245th Judicial District of Harris County,** Texas.

This Subpoena is issued under and by virtue of Rule 200 and Notice of Deposition Upon Written Questions on file with the above named court, styled

**IN THE MATTER OF**
**THE MARRIAGE OF**
**DANIELLE L. FRIDGE**
**and**
**CHARLES L. FRIDGE, III and**
**IN THE INTEREST OF C. L. F., IV,**
**C. L. F. and C. L. F., CHILDREN**



and there remain from day to day and time to time until discharged according to law.

## WITNESS MY HAND THIS **25th** day of **October**, **2024**.



_____
NOTARY PUBLIC

**176.8 Enforcement of Subpoena.** (a) *Contempt.*  Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

### OFFICER'S  RETURN

Came to hand this _____ day of _____, 20____, and executed this the _____ day of _____, 20____, in the following manner:  By delivering to the witness _____, a true copy hereof. A $_____ witness fee was tendered at the time of the serve.

Returned this _____ day of _____, 20____.

_____
PROCESS SERVER

Order No.  19265.032

No.  **2021-06778**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| DANIELLE L. FRIDGE | § | |
| and | § | HARRIS COUNTY, TEXAS |
| CHARLES L. FRIDGE, III and | § | |
| IN THE INTEREST OF C. L. F., IV, | § | |
| C. L. F. and C. L. F., CHILDREN | § | 245TH JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  **ACE Endeavors, Inc.**

Records Pertaining To: **Any and all records and/or documents outlined in the attached "Exhibit A-ACE Endeavors, Inc." in the custodian's control, custody or possession**

1.  Please state your full name and phone number.

    Answer: _____

    Phone Number: _____

2.  Please state by whom you are employed and the business address.

    Employed: _____

    Address: _____

3.  What is the title of your position or job?

    Answer: _____

4.  Are you a/the custodian of records for ACE Endeavors, Inc.?

    Answer: _____

5.  Are the records, documents, memorandum, reports, records, and data compilations, outlined in the attached Exhibit A, in your custody or subject to your control, supervision or direction?

    Answer: _____

6.  Are you able to identify the aforementioned records as the originals or true copies of the originals?

    Answer: _____

7.  Please hand to the Officer taking this deposition, copies of the records, documents, memorandum, reports, records, and data compilations mentioned in Question No. 5.  Have you done so?  If not, why?

    Answer: _____

Order No. **19265.032**

8.  Are the copies which you handed to the Officer taking this deposition, true and correct copies of all such records, documents, memorandum, reports, records, and data compilations?

    Answer: _____

9.  Were such records, documents, memorandum, reports, records, and data compilations kept in the regular course of business by ACE Endeavors, Inc.?

    Answer: _____

10. Have you turned over all records as listed under Number 1 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

11. Have you turned over all records as listed under Number 2 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

12. Have you turned over all records as listed under Number 3 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

13. Have you turned over all records as listed under Number 4 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

14. Have you turned over all records as listed under Number 5 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

15. Have you turned over all records as listed under Number 6 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

16. Have you turned over all records as listed under Number 7 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

17. What is the retention period of records of this nature by ACE Endeavors, Inc.?

    Answer: _____

18. Was it in the regular course of business of ACE Endeavors, Inc. for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record?

    Answer: _____

Order No. **19265.032**

19. Were the entries on the records, documents, memorandum, reports, records, and data compilations made at, or shortly after, the time of the transaction recorded on these entries?

Answer:_____

20. Was the method of preparation of these records trustworthy?

Answer: _____


_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.


_____
NOTARY PUBLIC

My Commission Expires: _____

# Exhibit A - ACE Endeavors, Inc.

Please produce the following documents relating to the event(s) hosted by Emily Daggett and Charles Fridge in The Bahamas during the week of October 21, 2024 – October 27, 2024:

1. Contract executed between Gulf Coast Entertainment and/or Nick and The Hits, or any representative thereof, and Charles Fridge, Emily Daggett, or any individual or entity on their behalf;

2. Records of all payments received from Charles Fridge, Emily Daggett, and/or any individual or entity on their behalf;

3. Records of any flights on behalf of Nick and The Hits, including flights for any preparation prior to the week of October 21, 2024 (i.e. scouting visits);

4. Records of any accommodations of Nick and The Hits paid for by Emily Daggett and/or Charles Fridge, or any individual or entity on their behalf, for stays in The Bahamas;

5. A copy of any photographs or videos posted to any social media account of Gulf Coast Entertainment and/or Nick and The Hits relating to the events in The Bahamas hosted by Emily Daggett and/or Charles Fridge;

6. All communications between Gulf Coast Entertainment, or any representative thereof, including Nick and The Hits, and Charles Fridge, Emily Daggett, and/or any other individuals on their behalf to specifically include Katy Preisler;

7. Any and all additional documents in possession of Gulf Coast Entertainment relating to the events hosted by Emily Daggett and/or Charles Fridge in The Bahamas.

## DEPOSITION SUBPOENA TO TESTIFY OR PRODUCE DOCUMENTS OR THINGS
### THE  STATE  OF  TEXAS

To any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under   RULE 176 OF TEXAS RULES OF CIVIL PROCEDURE. - GREETINGS -

You are hereby commanded to subpoena and summon the following witness(es):
Custodian of Records for:

    **Etoilly Artistry LLC**
    **c/o Its Registered Agent,**
    **Kailey Nouis**
    **4403 Ashford Drive**
    **Dallas, TX 75214   281-702-3802**

to be and appear before a Notary Public of my designation for

    **Champion Records Service, LLC   877-290-4224**
    **9039 Katy Freeway, Suite 336, Houston, TX 77024**

or its designated agent, on  **11/19/2024**, at **10 a.m.**, at the office of the custodian and there under oath to make answers of certain written questions to be propounded to the witness and to bring and produce for inspection and photocopying
    **Any and all records and/or documents outlined in the attached "Exhibit A-Etoilly Artistry LLC" in the custodian's control, custody or possession**
and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to the attached Exhibit "A", at any and all times whatsoever, then and there to give evidence at the instance of the **Petitioner**, **Danielle L. Fridge**, represented by **John E. Van Ness**, Attorney of Record, in that Certain Cause No. **2021-06778**, pending on the docket of the **District Court of the 245th Judicial District of Harris County,** Texas.
This Subpoena is issued under and by virtue of Rule 200 and Notice of Deposition Upon Written Questions on file with the above named court, styled
    **IN THE MATTER OF**
    **THE MARRIAGE OF**
    **DANIELLE L. FRIDGE**
    **and**
    **CHARLES L. FRIDGE, III and**
    **IN THE INTEREST OF C. L. F., IV,**
    **C. L. F. and C. L. F., CHILDREN**
and there remain from day to day and time to time until discharged according to law.



## WITNESS MY HAND THIS **25th** day of **October**, **2024**.

_____

NOTARY PUBLIC

**176.8 Enforcement of Subpoena**. (a) *Contempt*.  Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

### OFFICER'S  RETURN

Came to hand this _____ day of _____, 20____, and executed this the _____ day of _____, 20____, in the following manner:  By delivering to the witness _____, a true copy hereof. A $_____ witness fee was tendered at the time of the serve.

Returned this _____ day of _____, 20____.

_____

PROCESS SERVER

Order No.  19265.033

No.  **2021-06778**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| DANIELLE L. FRIDGE | § | |
| and | § | HARRIS COUNTY, TEXAS |
| CHARLES L. FRIDGE, III and | § | |
| IN THE INTEREST OF C. L. F., IV, | § | |
| C. L. F. and C. L. F., CHILDREN | § | 245TH JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  **Etoilly Artistry LLC**
Records Pertaining To: **Any and all records and/or documents outlined in the attached "Exhibit A-Etoilly Artistry LLC" in the custodian's control, custody or possession**

1.  Please state your full name and phone number.

    Answer: _____

    Phone Number: _____

2.  Please state by whom you are employed and the business address.

    Employed: _____

    Address: _____

3.  What is the title of your position or job?

    Answer: _____

4.  Are you a/the custodian of records for Etoilly Artistry LLC?

    Answer: _____

5.  Are the records, documents, memorandum, reports, records, and data compilations, outlined in the attached Exhibit A, in your custody or subject to your control, supervision or direction?

    Answer: _____

6.  Are you able to identify the aforementioned records as the originals or true copies of the originals?

    Answer: _____

7.  Please hand to the Officer taking this deposition, copies of the records, documents, memorandum, reports, records, and data compilations mentioned in Question No. 5.  Have you done so?  If not, why?

    Answer: _____

Order No. **19265.033**

8.  Are the copies which you handed to the Officer taking this deposition, true and correct copies of all such records, documents, memorandum, reports, records, and data compilations?

    Answer: _____

9.  Were such records, documents, memorandum, reports, records, and data compilations kept in the regular course of business by Etoilly Artistry LLC?

    Answer: _____

10. Have you turned over all records as listed under Number 1 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

11. Have you turned over all records as listed under Number 2 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

12. Have you turned over all records as listed under Number 3 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

13. Have you turned over all records as listed under Number 4 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

14. Have you turned over all records as listed under Number 5 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

15. Have you turned over all records as listed under Number 6 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

16. Have you turned over all records as listed under Number 7 of the attached Exhibit A?  If not, please explain why not.

    Answer: _____

17. What is the retention period of records of this nature by Etoilly Artistry LLC?

    Answer: _____

18. Was it in the regular course of business of Etoilly Artistry LLC for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record?

    Answer: _____

19. Were the entries on the records, documents, memorandum, reports, records, and data compilations made at, or shortly after, the time of the transaction recorded on these entries?

Answer:_____

20. Was the method of preparation of these records trustworthy?

Answer: _____


_____
WITNESS (Custodian of Records)

    Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

    SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.


_____
NOTARY PUBLIC

My Commission Expires: _____

# Exhibit A - Etoilly Artistry LLC

Please produce the following documents relating to the event(s) hosted by Emily Daggett and Charles Fridge in The Bahamas during the week of October 21, 2024 – October 27, 2024:

1. Contract executed between Etoilly Artistry or any representative thereof and Charles Fridge, Emily Daggett, or any individual or entity on their behalf;

2. Records of all payments received from Charles Fridge, Emily Daggett, and/or any individual or entity on their behalf;

3. Records of any flights on behalf of Etoilly Artistry to The Bahamas, including flights for any preparation prior to the week of October 21, 2024 (i.e. scouting visits);

4. Records of any accommodations of Etoilly Artistry paid for by Emily Daggett and/or Charles Fridge, or any individual or entity on their behalf, for stays in The Bahamas;

5. A copy of any photographs or videos posted to any social media account of Etoilly Artistry relating to the events in The Bahamas hosted by Emily Daggett and/or Charles Fridge;

6. All communications between Etoilly Artistry or any representative thereof and Charles Fridge, Emily Daggett, and/or any other individuals on their behalf to specifically include Katy Preisler;

7. Any and all additional documents in possession of Etoilly Artistry relating to the events hosted by Emily Daggett and/or Charles Fridge in The Bahamas.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 93568467
Filing Code Description: Notice
Filing Description: Notice Deposition Written Questions 19265 28-33
Status as of 10/25/2024 11:03 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alan Daughtry | 793583 | alan@alandaughtrylaw.com | 10/25/2024 10:15:35 AM | SENT |
| Jeff Diamant - Service | | service@jeffdiamantlaw.com | 10/25/2024 10:15:35 AM | SENT |
| Joseph Indelicato | 10389400 | jindelicatolaw@indelicato.com | 10/25/2024 10:15:35 AM | SENT |
| Bobby Newman | 791347 | bknservice@bobbyknewman.com | 10/25/2024 10:15:35 AM | SENT |
| TJ Mitchell | | tj@LVfirm.com | 10/25/2024 10:15:35 AM | SENT |
| John E.Van Ness | | Service@LVFirm.com | 10/25/2024 10:15:35 AM | SENT |
| Claire  ElizabethRogers | | claire@lvfirm.com | 10/25/2024 10:15:35 AM | SENT |
| Wesley Ward | | hcdocket@hope-causey.com | 10/25/2024 10:15:35 AM | SENT |
| Michael Poynter | | mpoynter@vargolawfirm.com | 10/25/2024 10:15:35 AM | SENT |
| Travis Vargo | | tvargo@vargolawfirm.com | 10/25/2024 10:15:35 AM | SENT |