**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _____                    Date report filed: _____
                                                          MM / DD / YYYY

Line of business: _____          NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                      _____

Original signature of responsible party _____

Printed name of responsible party       _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ❏ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name    _____          Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    _____
27. What is the number of employees as of the date of this monthly report?    _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____
30. How much have you paid this month in other professional fees?    $ _____
31. How much have you paid in total other professional fees since filing the case?    $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | – | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | – | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | – | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | – | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:    $ _____
36. Total projected cash disbursements for the next month:    – $ _____
37. Total projected net cash flow for the next month:    = $ _____

Debtor Name   _____   Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ❏  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ❏  39.  Bank reconciliation reports for each account.

- ❏  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ❏  41.  Budget, projection, or forecast reports.

- ❏  42.  Project, job costing, or work-in-progress reports.

Official Form 425C   **Monthly Operating Report for Small Business Under Chapter 11**   page **4**

# AmegyBank of Texas

P.O. BOX 26547
SALT LAKE CITY, UT 84126-0547

**Statement of Accounts**

This Statement: January 31, 2025
Last Statement: December 31, 2024

Account: ████06573

P01648   05-0000-AMG-PG0021-00003
0001647  01 AV 0.54 **AUTO T7 0 3024 77006-344199

CHARLES L FRIDGE III PC
3000 SMITH ST
HOUSTON, TX 77006-3441



**Direct Inquiries to:**
800-287-0301
WWW.AMEGYBANK.COM

Amegy Bank - The "A" Bank

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance |
|---|---|---|
| BUSINESS INSPIRE CHECKING | ████06573 | $3,295.25 |

### BUSINESS INSPIRE CHECKING 5803106573                                0151

|  | Previous Balance | Deposits/Credits | Withdrawals/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|---|
| Count: |  | 4 | 88 | 1 |  |
| Amount: | 4,296.96 | 15,333.00 | 13,676.02- | 2,658.69- | 3,295.25 |

### DEPOSITS/CREDITS

| Posting Date | Effective Date | Amount | Description |
|---|---|---|---|
| 01/10 | 01/10 | 4,500.00 | ONLINE XFER FROM DDA ****4764 ID:002091660 |
| 01/15 | 01/15 | 5,500.00 | ONLINE XFER FROM DDA ****4764 ID:001479570 |
| 01/24 | 01/24 | 1,958.00 | ONLINE XFER FROM DDA ****4764 ID:002166068 |
| 01/30 | 01/30 | 3,375.00 | DEPOSIT |

### CHARGES/DEBITS

| Posting Date | Effective Date | Amount | Description |
|---|---|---|---|
| 01/02 | 01/02 | 125.68- | 2454045016NME1X03 3936 HUDSON HOUSE RIVER OAK832-6483210 TX |
| 01/03 | 01/03 | 24.94- | POS PURCHASE IZZI MART #11 HOUSTON TX US |
| 01/03 | 01/03 | 206.62- | 24692160331HNPEL7 3936 HOUSTON WATER DEPT 713-371-1400 TX 13 |
| 01/03 | 01/03 | 4.75- | 24692160331HNRQSH 3936 PSVJ *JPMC FEE 800-420-1663 NC 1326 |
| 01/06 | 01/06 | 47.71- | POS PURCHASE WALGREENS STORE 5200 W HOUSTON TX US |
| 01/06 | 01/06 | 230.88- | 24692160533H5BTVE 3936 TST*ARNALDO RICHARDS PHouston TX 1438 |
| 01/06 | 01/06 | 25.80- | 2401134050018H6GP 3936 DD *DOORDASH RANDALLSFWWW.DOORDASH. C |
| 01/06 | 01/06 | 273.00- | 2400077030007Z00Z 3936 CUTLOOSE HAIR WWW.CUTLOOSET TX 0957 |
| 01/06 | 01/06 | 45.29- | 24692160432TRGGBG 3936 TST*COMMON BOND BISTROHouston TX 1003 |
| 01/06 | 01/06 | 1.10- | 2413746038R382BW0 3936 USPS CHANGE OF ADDRESS800-238-3150 TN |
| 01/07 | 01/06 | 9.73- | POS PURCHASE PLAYSTATIO PLAYSTATION.C CA US |
| 01/08 | 01/08 | 435.15- | POS PURCHASE H-E-B #744 HOUSTON TX US |
| 01/09 | 01/09 | 603.00- | ATM WITHDRAWAL 2714 SMITH ST HOUSTON TX US |
| 01/09 | 01/09 | 2.50- | ATM TRANSACTION FEE |
| 01/09 | 01/09 | 30.97- | POS PURCHASE WALGREENS STORE 2612 S HOUSTON TX US |
| 01/10 | 01/10 | 121.22- | POS PURCHASE OFFICE DEPOT 00 3401 K HOUSTON TX US |
| 01/10 | 01/10 | 84.32- | 2490641096BXRW0ZX 3936 DNH*GODADDY#3515455403480-5058855 AZ |
| 01/10 | 01/10 | 293.19- | 2469216092XRRG2JE 3936 SQ *SILVIO'S AUTOHOUSEHouston, TX TX |
| 01/10 | 01/10 | 49.62- | 2469216092XS8F6J5 3936 CHEVRON 0205455 HOUSTON TX 1611 |
| 01/10 | 01/10 | 156.00- | POS PURCHASE CUTLOOSE HAIR HOUSTON TX US |
| 01/13 | 01/13 | 58.08- | 24036290DLSWHOFK4 3936 REGAL CINEMAS INC 877-835-5734 TN 173 |
| 01/13 | 01/13 | 199.19- | 24692160Q30098DXE 3936 PROGRESSIVE *INSURANCE800-776-4737 OH |
| 01/13 | 01/13 | 2,964.60- | 24692160Q30098DXN 3936 PROGRESSIVE *INSURANCE800-776-4737 OH |
| 01/13 | 01/13 | 104.37- | 24003410AS66MAAZ3 3936 EL TIEMPO CANTINA 1308713-8078101 TX |
| 01/13 | 01/13 | 85.00- | 24692160B2YP2790W 3936 TST*ARNALDO RICHARDS PHouston TX 1158 |
| 01/13 | 01/13 | 33.55- | 24055220Q63PZG8W4 3936 METRO MART HOUSTON TX 1849 |
| 01/13 | 01/13 | 228.01- | 24445000BHEYRLFF5 3936 UEP*ZEN JAPANESE IZAKAHOUSTON TX 2024 |



**AmegyBank of Texas**

P.O. BOX 26547
SALT LAKE CITY, UT 84126-0547

January 31, 2025
CHARLES L FRIDGE III PC
573

Continued ...

| Posting Date | Effective Date | Amount | Description |
|---|---|---|---|
| 01/14 | 01/14 | 500.00- | WITHDRAWAL |
| 01/14 | 01/14 | 20.75- | 24692160D30D2A83Z 3936 BUNKER HILL 700 BM HOUSTON TX 1753 |
| 01/14 | 01/14 | 13.31- | 24431060E3TTXGQPW 3936 PANDA EXPRESS 1527 HOUSTON TX 1254 |
| 01/15 | 01/15 | 77.12- | 24000970E0NB9BRM6 3936 BARNABYS CAFE - FAIRVI713-5220106 TX |
| 01/15 | 01/15 | 21.64- | 24793380E03785606 3936 Rice Village Houston TX 1501 |
| 01/15 | 01/15 | 27.05- | 24793380E0379J1HR 3936 Rice Village Houston TX 1503 |
| 01/15 | 01/15 | 52.72- | 24692160E314S6SP2 3936 TST*JENNIS NOODLE HOUSHouston TX 1852 |
| 01/15 | 01/15 | 337.76- | 24692160E31JQLSLZ 3936 HAGERTY 800-922-4050 MI 1600 |
| 01/15 | 01/15 | 1,156.54- | 24692160E31FHK1F3 3936 AIC*ALLST VEH&PROP INS800-255-7828 IL |
| 01/16 | 01/16 | 603.00- | ATM WITHDRAWAL 2714 SMITH ST HOUSTON TX US |
| 01/16 | 01/16 | 2.50- | ATM TRANSACTION FEE |
| 01/16 | 01/16 | 67.54- | 24692160F31X5XV0Q 3936 TST*GOODE COMPANY TAQUHouston TX 1106 |
| 01/17 | 01/17 | 2,658.69- | Check No: 000000011625 |
| 01/17 | 01/17 | 88.29- | POS PURCHASE WHOLEFDS KIR 101 2955 HOUSTON TX US |
| 01/17 | 01/17 | 10.79- | POS PURCHASE MICHAELS S HOUSTON TX US |
| 01/17 | 01/17 | 19.74- | 24427330GLM7Z6YXY 3936 CHICK-FIL-A #01801 HOUSTON TX 1229 |
| 01/17 | 01/17 | 20.10- | 24000770H00014S1B 3936 CRUMBL MEMORIAL 180-14101313 UT 2014 |
| 01/17 | 01/17 | 144.00- | POS PURCHASE CUTLOOSE HAIR HOUSTON TX US |
| 01/21 | 01/21 | 125.00- | POS PURCHASE MARKET AT SHEPHERD HOUSTON TX US |
| 01/21 | 01/21 | 59.24- | POS PURCHASE EZ MART 4303 BROWNWOOD TX US |
| 01/21 | 01/21 | 75.00- | POS PURCHASE EZ MART 4303 BROWNWOOD TX US |
| 01/21 | 01/21 | 102.60- | POS PURCHASE CEFCO 63 MARLIN TX US |
| 01/21 | 01/21 | 29.20- | 24231680J69H2AYSM 3936 RANDALLS #1061 HOUSTON TX 1636 |
| 01/21 | 01/21 | 12.33- | 24427330JLM80T52A 3936 CHICK-FIL-A #01801 HOUSTON TX 1227 |
| 01/21 | 01/21 | 24.65- | 24692160J34AVJFZR 3936 TST*SEOULSIDE WINGS Houston TX 1725 |
| 01/21 | 01/21 | 13.20- | 24692160H33GAFAF3 3936 WHATABURGER 271 Q26HOUSTON TX 1426 |
| 01/21 | 01/21 | 15.14- | 24692160K34S3B2TK 3936 GOOGLE *YouTubePremiumg.co/helppay# C |
| 01/21 | 01/21 | 216.75- | 24692160J345LBAZG 3936 COMCAST OF HOUSTON 713-341-1000 TX 23 |
| 01/22 | 01/22 | 103.24- | POS PURCHASE CAR SPA #2 HOUSTON TX US |
| 01/22 | 01/22 | 874.91- | 24055230N6QPNTP9M 3936 ATT* BILL PAYMENT 800-331-0500 TX 124 |
| 01/22 | 01/22 | 21.61- | 24426290M0VZ68MYJ 3936 UNDERWOOD`S OF BROWNWOBROWNWOOD TX 13 |
| 01/23 | 01/23 | 15.13- | 24445000P00RL9AAE 3936 WALGREENS #9808 HOUSTON TX 1108 |
| 01/23 | 01/23 | 24.71- | 24231680P6DSFB0VF 3936 PETSMART # 1766 HOUSTON TX 1854 |
| 01/24 | 01/24 | 105.29- | 24692160P2YRYFML7 3936 EXTENDED STAY AMERICA HOUSTON TX 2309 |
| 01/27 | 01/27 | 27.05- | 24692160S2YVEZRPF 3936 CHEVRON 0213057 HOUSTON TX 1644 |
| 01/27 | 01/27 | 6.68- | 24692160S2YFDLMEM 3936 STARBUCKS STORE 06504 HOUSTON TX 1110 |
| 01/27 | 01/27 | 61.25- | 24316050S6GTTSJR4 3936 SHELL OIL 91004179347 HOUSTON TX 1824 |
| 01/27 | 01/27 | 6.82- | 24316050S6GTTSJEV 3936 SHELL OIL 91004179347 HOUSTON TX 1825 |
| 01/27 | 01/27 | 11.28- | 24445000V00KEE337 3936 STARBUCKS 06320 HOUSTON TX 1032 |
| 01/27 | 01/27 | 111.50- | 24011340SEHP3JED0 3936 WWW.PIZZAN* PIZZANA HOWWW.PIZZANA.C O |
| 01/27 | 01/27 | 3.78- | 24316050R6F23WBZP 3936 SHELL OIL12979903015 HOUSTON TX 1843 |
| 01/27 | 01/27 | 16.99- | 24801970T6G60QA6D 3936 KOLACHE FACTORY - MEMOHOUSTON TX 1114 |
| 01/27 | 01/27 | 67.60- | 24013390T04RTN6SF 3936 SPANISH FLOWERS DURHAMHOUSTON TX 1852 |
| 01/27 | 01/27 | 26.08- | 24427330RLM7YVNVG 3936 CHICK-FIL-A #01801 HOUSTON TX 0911 |
| 01/27 | 01/27 | 14.22- | 24036290TLTRK2DQ1 3936 GO PUFF*GOPUFF 8554007833 PA 2013 |
| 01/27 | 01/27 | 34.13- | 24036290TLTRK2QWS 3936 GO PUFF*GOBR TX 8554007833 PA 2013 |
| 01/27 | 01/27 | 120.00- | 24000770REHMLBNAN 3936 CUTLOOSE HAIR WWW.CUTLOOSET TX 0921 |
| 01/27 | 01/27 | 1,106.52- | 24692160T2XDTYKLG 3936 TST*POTENTE Houston TX 2116 |
| 01/28 | 01/28 | 38.97- | POS PURCHASE CUTLOOSE HAIR HOUSTON TX US |
| 01/28 | 01/28 | 145.92- | POS PURCHASE WHOLEFDS KIR 101 2955 HOUSTON TX US |
| 01/28 | 01/28 | 43.28- | POS PURCHASE SHELL SERVICE STATION HOUSTON TX US |
| 01/28 | 01/28 | 80.22- | POS PURCHASE SHELL SERVICE STATION HOUSTON TX US |
| 01/28 | 01/28 | 8.91- | 24801970V6HYV1AQ1 3936 KOLACHE FACTORY - MEMOHOUSTON TX 1021 |
| 01/28 | 01/28 | 189.44- | 24692160V2ZHZFJDR 3936 IN *LONE STAR SOLUTION832-3010779 TX |
| 01/29 | 01/29 | 14.65- | 24493980X21MDFJV0 3936 LAYNE'S CHICKEN FINGERHOUSTON TX 1237 |
| 01/29 | 01/29 | 6.90- | 24692160W2ZZ870S0 3936 STARBUCKS STORE 06320 HOUSTON TX 1410 |
| 01/30 | 01/30 | 3.41- | 24316050X6KH4ES77 3936 SHELL OIL 91004179347 HOUSTON TX 1829 |
| 01/30 | 01/30 | 24.65- | 24692160X30MJ09YH 3936 TST*K-POP RAMEN - DALLDallas TX 1224 |
| 01/30 | 01/30 | 13.22- | POS PURCHASE CVS/PHARMACY #05840 Houston TX US |
| 01/31 | 01/31 | 45.43- | POS PURCHASE TARGET T-0955 Houston TX US |
| 01/31 | 01/31 | 2.00- | PAPER STATEMENT FEE |
| 01/31 | 01/31 | 20.00- | TRANSACTION FEE |

**CHECKS PROCESSED**

| Number | Date | Amount |
|---|---|---|
| 11625 | 01/17 | $2,658.69 |


**Amegy Bank of Texas**

P.O. BOX 26547
SALT LAKE CITY, UT 84126-0547

January 31, 2025
CHARLES L FRIDGE III PC
6573

## ACTIVITY COUNT

| | During this period |
|---|---|
| Total Items | 93 |

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/01 | $4,296.96 | 01/13 | $2,352.69 | 01/23 | $318.44 |
| 01/02 | $4,171.28 | 01/14 | $1,818.63 | 01/24 | $2,171.15 |
| 01/03 | $3,934.97 | 01/15 | $5,645.80 | 01/27 | $557.25 |
| 01/06 | $3,311.19 | 01/16 | $4,972.76 | 01/28 | $50.51 |
| 01/07 | $3,301.46 | 01/17 | $2,031.15 | 01/29 | $28.96 |
| 01/08 | $2,866.31 | 01/21 | $1,358.04 | 01/30 | $3,362.68 |
| 01/09 | $2,229.84 | 01/22 | $358.28 | 01/31 | $3,295.25 |
| 01/10 | $6,025.49 | | | | |

## INTEREST

| | | | |
|---|---|---|---|
| Interest Earned This Statement Period | $0.00 | Number Of Days This Statement Period | 31 |
| Interest Paid Year-To-Date 2025 | $0.00 | | |

Current interest rate is 0.0000% with no rate change this statement period