**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
  amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _____

Line of business: _____

Date report filed: _____
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1.  Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2.  Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3.  Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4.  Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5.  Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6.  Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7.  Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8.  Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9.  Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐  ☐  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☐  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ _____

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ _____

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ _____

*(Exhibit E)*

Debtor Name _____     Case number _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                           _____

27. What is the number of employees as of the date of this monthly report?              _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                       $ _____

31. How much have you paid in total other professional fees since filing the case?      $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | − | *Column B* | = | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | | **Actual** | | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                   $ _____

36. Total projected cash disbursements for the next month:                            − $ _____

37. Total projected net cash flow for the next month:                                 = $ _____

Debtor Name _____     Case number_____

<br>

██   **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

Case 24-35056   Document 82-6   Filed in TXSB on 03/07/25   Page 5 of 7



# Amegy Bank
## of Texas

P.O. BOX 26547
SALT LAKE CITY, UT 84126-0547

**Statement of Accounts**

This Statement: January 31, 2025
Last Statement: December 31, 2024

Account: ████3538

P01696   05-0000-AMG-PG0023-00000

0001695 01 AV 0.54 **AUTO  T7 0 3024 77006-344001

VERDE CO2 CCS LLC
3000 SMITH ST STE 1
HOUSTON, TX 77006-3440



**Direct Inquiries to:**
800-287-0301
WWW.AMEGYBANK.COM

Amegy Bank - The "A" Bank

## SUMMARY OF ACCOUNT BALANCES

| Account Type | Account Number | Account Ending Balance |
|---|---|---|
| BUSINESS INSPIRE CHECKING | ████538 | $24.56- |
| BUSINESS MONEY MARKET | ███963 | $3.04 |
| **Total** | | **$21.52-** |

## BUSINESS INSPIRE CHECKING 5791723538                                               0151

| | Previous Balance | Deposits/Credits | Withdrawals/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|---|
| Count: | | 0 | 7 | 0 | |
| Amount: | 209.92 | 0.00 | 234.48- | 0.00 | 24.56- |

### DEPOSITS/CREDITS

There were no transactions this period.

### CHARGES/DEBITS

| Posting Date | Effective Date | Amount | Description |
|---|---|---|---|
| 01/02 | 01/02 | 56.37- | 2401134010027G6YJ 6235 DD *DOORDASH WALGREENSWWW.DOORDASH. C |
| 01/02 | 01/02 | 59.99- | 2494381PYS66KHL60 6235 FCGIRBLL.COM 415-6914086 CA 0623 |
| 01/06 | 01/06 | 49.17- | 240113403EHMRQ1FT 6235 DD *DOORDASH MARCOSPIZDOORDASH.COM CA |
| 01/16 | 01/16 | 21.64- | 24036290FLX35LSGV 6235 ADOBE *ADOBE 408-536-6000 CA 1110 |
| 01/21 | 01/21 | 37.31- | 24692160H33JWPPFN 6235 INTUIT *QBooks Online CL.INTUIT.COM C |
| 01/31 | 01/31 | 2.00- | PAPER STATEMENT FEE |
| 01/31 | 01/31 | 8.00- | MONTHLY SVC CHG |

### CHECKS PROCESSED

There were no transactions this period.

### ACTIVITY COUNT

| | During this period |
|---|---|
| Total Items | 7 |

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

A division of Zions Bancorporation, N.A.



January 31, 2025
VERDE CO2 CCS LLC



## Sweep Account Reconciliation Form

The following form is designed to assist in your Sweep Account reconciliation efforts. Please use the following documents:

**For Loan Sweeps:** Checking Account Statement(s)
Loan Sweep Account Statement
Monthly Interest Statement
Checking Account Ledger

**For Sweeps:** Checking Account Statement(s)
Investment Sweep Account Statement
Checking Account Ledger

1. Using *either* your Investment Sweep Account Statement *or* Loan Sweep Statement, check your Sweep Account transfers against the corresponding debits and credits on your checking account statement(s).

2. Mark each entry in your checking account ledger that has been charged to your checking account (checks, deposits, etc.).

3. List the checks that have been written, but not yet charged to your checking account on the lines below:

| OUTSTANDING CHECKS | | | | | |
|---|---|---|---|---|---|
| Check Number | Check Amount | Check Number | Check Amount | Check Number | Check Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total Amount *(Enter this amount on line 6 below):* | | |

4. Enter the ending balance from the Sweep Account statement.
SWEEP STATEMENT BALANCE _____

5. Add the ending balance from the Checking Account statement. (if there is more than one checking account, add the balances together and enter the total on this line. If checking account has a peg balance of $0.00, enter $0.00.)
CHECKING STATEMENT BALANCE + _____

6. Subtract the Outstanding Checks Total shown above.
OUTSTANDING CHECKS − _____

7. Add any outstanding deposits.
OUTSTANDING DEPOSITS + _____

8. Calculate the Adjusted Bank Balance.
**ADJUSTED BANK BALANCE** = _____ ◄

9. Enter the ending balance from your checking account register. (if there is more than one checking account, add the account balances together and enter the total on this line.)
CHECKING REGISTER BALANCE + _____

***NOTE: If reconciling an Investment Sweep account, go to step 11. For Loan Sweep accounts, go to step 10.***

10. Use the **Sweep Account statement** and **Monthly Investment statement** to reconcile transfers between the line of credit and sweep account to determine the net draw or net payment to the line. Add the draw or subtract the payment from the book balance.
NET CHANGE IN LINE + or − _____

11. Subtract any bank charges from the account statements.
BANK CHARGES − _____

12. Add interest/dividends received from the account statement.
INTEREST EARNED + _____

13. Calculate the Adjusted Register Balance. This should match the Adjusted Bank Balance (line 8).
**ADJUSTED REGISTER BALANCE** = _____ ◄

## SWEEP ACCOUNT ACTIVITY REPORT BALANCE DEFINITIONS:

- **Accrued Interest M-T-D:** The amount of interest accrued by the sweep that month to date.
- **Current Balance:** A positive balance denotes the total amount of funds in the sweep (collected funds, plus funds in float).
- **Available Balance:** A positive balance denotes the amount in one day float to the sweep available for the next business day. A negative balance denotes the amount drawn from uncollected funds.
- **Collected Balance:** A positive balance denotes the amount of funds collected from float or same day deposits or credits. Accrued interest is calculated with this amount multiplied by the interest rate.
- **Principal Loan Balance owned Online:** The amount currently owed to the Bank through the line of credit or loan.

0001695-0000002-0003742



P.O. BOX 26547
SALT LAKE CITY, UT 84126-0547

January 31, 2025
VERDE CO2 CCS LLC
23538

## DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/01 | $209.92 | 01/06 | $44.39 | 01/21 | $14.56- |
| 01/02 | $93.56 | 01/16 | $22.75 | 01/31 | $24.56- |

## INTEREST

| | | | |
|---|---|---|---|
| Interest Earned This Statement Period | $0.00 | Number Of Days This Statement Period | 31 |
| Interest Paid Year-To-Date 2025 | $0.00 | | |

Current interest rate is 0.0000% with no rate change this statement period

## BUSINESS MONEY MARKET 5799924963                                                                       0351

| | Previous Balance | Deposits/Credits | Withdrawals/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|---|
| Count: | | 0 | 1 | 0 | |
| Amount: | 15.04 | 0.00 | 12.00- | 0.00 | 3.04 |

## DEPOSITS/CREDITS

There were no transactions this period.

## CHARGES/DEBITS

| Posting Date | Effective Date | Amount | Description |
|---|---|---|---|
| 01/31 | 01/31 | 12.00- | MONTHLY SVC CHG |

## CHECKS PROCESSED

There were no transactions this period.

## ACTIVITY COUNT

| | During this period |
|---|---|
| Total Items | 1 |

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCE

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 01/01 | $15.04 | 01/31 | $3.04 |

## INTEREST

| | | | |
|---|---|---|---|
| Interest Earned This Statement Period | $0.00 | Number Of Days This Statement Period | 31 |
| Interest Paid Year-To-Date 2025 | $0.00 | | |
| Interest Paid Last Year 2024 | $1,581.36 | | |

Current interest rate is 0.0000% with no rate change this statement period
Please retain this statement. Interest paid on your account in 2024 was $1,581.36.