United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| Charles Littleton Fridge, III, | § | |
| | § | Case No. 24-35056 (jpn) |
| Debtor. | § | |
| | § | |

**ORDER EXTENDING WOODSIDE ENERGY'S TIME TO OBJECT TO DEBTOR'S DISCHARGE**

Upon consideration of the *Emergency Motion for Extension of Time to Object to Discharge* (the "Motion"),[1] filed by Woodside Energy (USA New Energy Holdings) LLC and Woodside Energy Service Inc. (hereinafter, "Woodside Energy"), a potential creditor and party in interest, the Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and determines that good cause exists for granting an extension to object to the discharge. It is therefore:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the deadline for Woodside Energy to object to discharge under 11 U.S.C. § 727 is extended sixty days until May 27, 2025; and it is further

**ORDERED** that the deadline for Woodside Energy to seek to have its debt deemed nondischargeable under 11 U.S.C. § 523 is extended until May 27, 2025; and it is further

**ORDERED** that the Court retains jurisdiction over this matter.

Signed: March 25, 2025

Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] All capitalized but undefined terms shall have the same meaning as ascribed in the Motion.