United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 25, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 24-35056** |
| **CHARLES LITTLETON FRIDGE, III,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 11** |

### ORDER DISMISSING CASE WITH PREJUDICE FOR 180 DAYS

This case is filed on November 30, 2024. It was filed under Subchapter V of Chapter 11 of the Bankruptcy Code. The Subchapter V plan was due on January 28, 2025.[1] However, no plan was filed by the January 28 deadline. Thus, the case is dismissed for failure to file a Subchapter V Plan and for failure to abide by Court order.[2]

**THEREFORE, IT IS ORDERED** that Case No. 24-35056 is dismissed with prejudice for 180 days.

SIGNED 03/25/2025

Jeffrey Norman
United States Bankruptcy Judge

---

[1] *See* 11 U.S.C. § 1189(b). "The debtor shall file a plan not later than 90 days after the order for relief under this chapter, except that the court may extend the period if the need for the extension is attributable to circumstances for which the debtor should not justly be held accountable."

[2] ECF No. 3, " IT IS FURTHER ORDERED that not later than ninety (90) days after the date of entry of the Order for Relief herein, the Debtor shall file a plan of reorganization pursuant to 11 U.S.C. Sections 1189 and 1190."