United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § | CASE NO: 24-35056 |
| CHARLES LITTLETON FRIDGE, III, | | CHAPTER 11 |
| Debtor. | | |
| DANIELLE L. FRIDGE, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | ADVERSARY NO. 25-3019 |
| CHARLES LITTLETON FRIDGE, III, | | |
| Defendant. | | |

## ORDER DISMISSING CASE

This case was filed on January 29, 2025. The Plaintiff is seeking relief under 11 U.S.C. § 523(a)(2), (4), and (6). However, the main bankruptcy case was dismissed on March 25, 2025.[1] The dismissal of the main case removes Mr. Fridge's bankruptcy protection and potential for discharging his debt. Thus, Plaintiff's causes of action are moot because there is no bankruptcy case that could result in a discharge for Mr. Fridge.

**THEREFORE, IT IS ORDERED** that this Adversary Case is Dismissed.

**IT IS FURTHER ORDERED** that the Adversary is Closed.

SIGNED 03/25/2025

Jeffrey Norman
United States Bankruptcy Judge

---

[1] Case No. 24-35056 ECF No. 96.